**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* ____________

Chapter you are filing under:

☒ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**06/24**

**The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | **Jacob**<br>First name<br><br>Middle name<br>**Tauber**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number** (ITIN) | **xxx-xx-8494** | |

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN | EIN |
| **5. Where you live** | | **If Debtor 2 lives at a different address:** |
| | **8 Amanda Court**<br>**Monsey, NY 10952**<br>Number, Street, City, State & ZIP Code | Number, Street, City, State & ZIP Code |
| | **Rockland**<br>County | County |
| | **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| | Number, P.O. Box, Street, City, State & ZIP Code | Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br>☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1 **Jacob Tauber** Case number *(if known)*

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

**8. How you will pay the fee**

- [x] **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- [ ] **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- [ ] **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- [ ] No.
- [x] Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | **S.D.N.Y.** | When | **6/11/25** | Case number | **25-22519 (SHL)** |
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- [x] No
- [ ] Yes.

Debtor ____ Relationship to you ____
District ____ When ____ Case number, if known ____
Debtor ____ Relationship to you ____
District ____ When ____ Case number, if known ____

**11. Do you rent your residence?**

- [x] No. Go to line 12.
- [ ] Yes. Has your landlord obtained an eviction judgment against you?
  - [ ] No. Go to line 12.
  - [ ] Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1 **Jacob Tauber** Case number *(if known)*

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No. Go to Part 4.

☐ Yes. Name and location of business

Name of business, if any

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor?***

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.

☐ Yes.

What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

Debtor 1 Jacob Tauber Case number *(if known)*

**Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 **Jacob Tauber** Case number *(if known)*

**Part 6: Answer These Questions for Reporting Purposes**

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☒ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☒ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☒ $100,000,001 - $500 million | ☐ More than $50 billion |

**Part 7: Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Jacob Tauber**
**Jacob Tauber**
Signature of Debtor 1

Signature of Debtor 2

Executed on **November 16, 2025**
MM / DD / YYYY

Executed on
MM / DD / YYYY

Debtor 1 **Jacob Tauber** Case number *(if known)* __________

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Thomas J. Frank** Date **November 16, 2025**
Signature of Attorney for Debtor MM / DD / YYYY

**Thomas J. Frank**
Printed name

**The Frank Law Firm P.C.**
Firm name

**71 New Street**
**Huntington, NY 11743**
Number, Street, City, State & ZIP Code

Contact phone **(516) 246-5577** Email address **thomas@frankfirmpc.com**

**5346218 NY**
Bar number & State

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jacob Tauber | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) ______________________

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | | Your assets<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B | $ 3,122,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B | $ 66,800.89 |
| | 1c. Copy line 63, Total of all property on Schedule A/B | $ 3,188,800.89 |

### Part 2: Summarize Your Liabilities

| | | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* | $ 49,194,169.51 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ 55,000.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | $ 69,789,311.76 |
| | **Your total liabilities** | $ 119,038,481.27 |

### Part 3: Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* | $ 25,000.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* | $ 26,270.00 |

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   - ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   - ☒ Yes
7. **What kind of debt do you have?**
   - ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
   - ☒ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1 **Jacob Tauber** Case number *(if known)* ______

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. $ ______

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| **From Part 4 on *Schedule E/F*, copy the following:** | **Total claim** |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ |
| 9d. Student loans. (Copy line 6f.) | $ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ |
| 9g. **Total.** Add lines 9a through 9f. | $ |

**Fill in this information to identify your case and this filing:**

Debtor 1: **Jacob Tauber**
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

**12/15**

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes. Where is the property?

1.1 **12 Louis Road**
Street address, if available, or other description

**New City** **NY** **10956-0000**
City State ZIP Code

**Rockland**
County

**What is the property?** Check all that apply
- ☒ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| **$716,000.00** | **$716,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Tenants by the Entirety**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number *(if known)*

**If you own or have more than one, list here:**

1.2

**5 Eros Drive**
Street address, if available, or other description

**Monsey** **NY** **10952-0000**
City State ZIP Code

**Rockland**
County

**What is the property?** Check all that apply

- ☒ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$806,000.00** | **$806,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Tenants by the Entirety**

☐ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.3

**Hamoah Hashlishit Street 3**
Street address, if available, or other description

**Jerusalem** **IL**
City State ZIP Code

County

**What is the property?** Check all that apply

- ☒ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,600,000.00** | **$1,600,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................................=>** **$3,122,000.00**

**Part 2:** **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☒ No
- ☐ Yes


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Jacob Tauber Case number *(if known)*

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☒ Yes

4.1 Make: **Polaris**
Model: **Sportsman**
Year: **2016**
Other information: **ATV**

**Who has an interest in the property?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $4,500.00 | $4,500.00 |

5 **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................................=>** **$4,500.00**

**Part 3: Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?** — **Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☒ Yes. Describe.....
**Used household goods and furnishings** — **$2,500.00**

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☒ Yes. Describe.....
**Used personal electronics** — **$1,500.00**

8. **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☒ No
☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☒ No
☐ Yes. Describe.....

10. **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☒ No
☐ Yes. Describe.....

11. **Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☒ Yes. Describe.....
**Used wearing apparel** — **$1,500.00**

12. **Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
☒ Yes. Describe.....
**Piaget Polo Skeleton watch** — **$32,000.00**


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number *(if known)*

| | |
|---|---|
| **Baume & Mercier Riviera 10660 watch** | **$3,200.00** |

13. **Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☒ No
☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
☒ No
☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................ **$40,700.00**

**Part 4:** **Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?** — **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☒ No
☐ Yes.................................................................................................................

17. **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
☒ Yes....................... Institution name:

| | Institution name | Value |
|---|---|---|
| 17.1. | **Capital One Bank, N.A. Account Ending in 6697** | **$12.20** |

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
☒ No
☐ Yes................. Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
☒ Yes. Give specific information about them..................

| Name of entity: | % of ownership: | Value |
|---|---|---|
| **Maplewood Funding LLC** | % | **Unknown** |
| **Vivo Builders LLC** | **100** % | **Unknown** |
| **Zidders LLC** | % | **Unknown** |
| **708 Springfield LLC** | **50** % | **Unknown** |
| **852 16th LLC** | **50** % | **Unknown** |
| **CYT Holdings LLC** | **100** % | **Unknown** |
| **Newark 7th LLC** | **100** % | **Unknown** |
| **NJ First Data Filing LLC** | **100** % | **Unknown** |
| **MT Prospect Lofts LLC** | **100** % | **Unknown** |
| **5 Stillo LLC** | **100** % | **Unknown** |


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number *(if known)*

| | | |
|---|---|---|
| **24 Commerce Holdings LLC** | **100** % | **Unknown** |
| **24 Commerce LLC** | **100** % | **Unknown** |
| **24 Commerce LLC (Delaware entity)** | **100** % | **Unknown** |
| **24 Commerce Owner Inc.** | **100** % | **Unknown** |
| **24 Commerce Street Holdings LLC** | % | **Unknown** |
| **24 Commerce Street LLC** | **100** % | **Unknown** |
| **41 S Parker LLC** | **100** % | **Unknown** |
| **72 Willoughby ST LLC** | **100** % | **Unknown** |
| **76 Mission ST LLC** | **50** % | **Unknown** |
| **78 Chelsa LLC** | **100** % | **Unknown** |
| **92-96 N6 LLC** | **100** % | **Unknown** |
| **106 South 7 LLC (NJ Entity)** | **100** % | **Unknown** |
| **114 Garside ST LLC** | **100** % | **Unknown** |
| **173 3rd ST LLC** | **100** % | **Unknown** |
| **176-179 Parker Street LLC** | **100** % | **Unknown** |
| **245 Springfield LLC** | **100** % | **Unknown** |
| **Springfield Renaissance LLC (wholly owned by 245 Springfield LLC)** | % | **Unknown** |
| **247 Stuyvesant Ave LLC** | **100** % | **Unknown** |
| **352 South 10 St LLC** | **100** % | **Unknown** |
| **364 S. Orange Ave LLC** | **100** % | **Unknown** |
| **395-397 Clinton LLC** | **100** % | **Unknown** |
| **442 South 19 LLC** | **100** % | **Unknown** |
| **510 South 15 LLC** | **100** % | **Unknown** |
| **540 Central LLC** | **100** % | **Unknown** |
| **600 South 20 LLC** | **100** % | **Unknown** |
| **605 Broad ST LLC** | **100** % | **Unknown** |
| **698 MLK BLVD LLC** | **100** % | **Unknown** |
| **705 N Ave LLC** | **100** % | **Unknown** |
| **708 Springfield LLC** | **50** % | **Unknown** |
| **750 Bergen St LLC** | **100** % | **Unknown** |
| **755-759 South Orange Avenue LLC** | **100** % | **Unknown** |


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number *(if known)*

| | | | |
|---|---|---|---|
| 770 MT Prospect LLC | | % | Unknown |
| 900 Broad St LLC | 100 | % | Unknown |
| 1021 NC LLC | 100 | % | Unknown |
| 1028 Broad LLC | 100 | % | Unknown |
| 1129-1135 South Orange Ave LLC | 100 | % | Unknown |
| 1457 Realty LLC | 100 | % | Unknown |
| Bellaire Place Holdings LLC | 100 | % | Unknown |
| Bergen Lofts LLC | 100 | % | Unknown |
| Blum Properties LLC | 100 | % | Unknown |
| Branford Holdings LLC | 100 | % | Unknown |
| Broad Commons LLC | 100 | % | Unknown |
| Broad Green LLC | 100 | % | Unknown |
| Broad Prospect LLC | 100 | % | Unknown |
| Building 5th Renewal LLC f/k/a Building 5th LLC | 100 | % | Unknown |
| Building 21st LLC | | % | Unknown |
| Catalyst Lounge LLC | 100 | % | Unknown |
| Central Lofts LLC | 100 | % | Unknown |
| CYT Holdings LLC | 100 | % | Unknown |
| FDF 12 Louis RD LLC | 49 | % | Unknown |
| FDF Global LLC | 100 | % | Unknown |
| FDF P1 LLC | 100 | % | Unknown |
| FDF P2 LLC | 100 | % | Unknown |
| Lake Investements LLC | 100 | % | Unknown |
| Lake P1 LLC | 100 | % | Unknown |
| Lake P2 LLC | 100 | % | Unknown |
| Lake Properties 101 LLC | 100 | % | Unknown |
| Lake Properties 103 LLC | 100 | % | Unknown |
| Liquor 24 LLC | 100 | % | Unknown |
| New West 1 LLC | 100 | % | Unknown |
| Newark 7th LLC | 100 | % | Unknown |
| Newark PP4 LLC | 50 | % | Unknown |
| Newark PP5 LLC | 50 | % | Unknown |


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number *(if known)*

| | | | |
|---|---|---|---|
| **Newark PP6 LLC** | **50** | % | **Unknown** |
| **Newark Vision Properties LLC** | **50** | % | **Unknown** |
| **NJ First Data Filing LLC** | **100** | % | **Unknown** |
| **NMFI 698-700 MLK LLC** | **100** | % | **Unknown** |
| **NY Ave Lofts LLC** | **100** | % | **Unknown** |
| **Seven Spot LLC** | **100** | % | **Unknown** |
| **South Orange & Grove LLC** | **100** | % | **Unknown** |
| **Structure Security LLC** | **100** | % | **Unknown** |
| **Vivo Management LLC** | **50** | % | **Unknown** |
| **Vivo Protech LLC** | **100** | % | **Unknown** |
| **Vivo Staffing LLC** | **100** | % | **Unknown** |
| **605 Broad Urban Renewal LLC f/k/a 605 Broad St. LLC** | **100** | % | **Unknown** |
| **FDF 4 LLC** | **100** | % | **Unknown** |
| **FDF 2 LLC** | | % | **Unknown** |
| **FDF 3 LLC** | **100** | % | **Unknown** |
| **FDF P3 LLC** | | % | **Unknown** |
| **FDF Holdings LLC** | **100** | % | **Unknown** |
| **Branford Holdings LLC** | **100** | % | **Unknown** |
| **395-397 Clinton LLC** | **100** | % | **Unknown** |
| **1129-1135 South Orange Ave LLC** | **100** | % | **Unknown** |
| **Building 5th Urban Renewal LLC** | | % | **Unknown** |
| **Springfield Renaissance, LLC** | | % | **Unknown** |
| **New West 1 LLC** | **100** | % | **Unknown** |
| **Broad Green LLC** | **100** | % | **Unknown** |
| **1028 Broad LLC** | **100** | % | **Unknown** |
| **8 Nancy Lane LLC** | **100** | % | **Unknown** |
| **Lake Properties 102 LLC** | **100** | % | **Unknown** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific information about them

Issuer name:


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number *(if known)*

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☒ No
☐ Yes. List each account separately.
Type of account: Institution name:

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☒ No
☐ Yes. .................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
☒ No
☐ Yes............ Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☒ No
☐ Yes............ Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☒ No
☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☒ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☒ No
☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
☒ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☒ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
☒ No
☐ Yes. Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☒ No
☐ Yes. Name the insurance company of each policy and list its value.
Company name: Beneficiary: Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☒ No
☐ Yes. Give specific information..


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number *(if known)*

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☐ No
☒ Yes. Describe each claim.........

**Claims for breach of contract and related relief against Empire YRB LLC, BBF Partners LLC, and High Five Group LLC relating to the real properties known as (i) 35-57 Branford Place, Newark, New Jersey 07102; (ii) 193-197 Halsey Street, Newark, New Jersey 07102; (iii) 395-397 Clinton Avenue, Newark, New Jersey 07108; (iv) 1129 S. Orange Avenue, Newark, New Jersey 07108; and (v) Camfield Court, Newark, New Jersey** — **Unknown**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☒ No
☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
☒ No
☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.......................................................................................................................** **$12.20**

**Part 5:** **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
☒ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
☒ No
☐ Yes. Describe.....

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☒ No
☐ Yes. Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☒ No
☐ Yes. Describe.....

41. **Inventory**
☒ No
☐ Yes. Describe.....

42. **Interests in partnerships or joint ventures**
☒ No
☐ Yes. Give specific information about them...................
Name of entity: % of ownership:

43. **Customer lists, mailing lists, or other compilations**
☒ No.
☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☒ No
☐ Yes. Describe.....


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number *(if known)*

44. **Any business-related property you did not already list**
☐ No
☒ Yes. Give specific information.........

| | |
|---|---|
| **JPMorgan Chase Bank, N.A.**<br>**Checking Account No. Ending in 5083**<br>**Account Holder: FDF Foundation Corp.** | **$250.00** |
| **JPMorgan Chase Bank, N.A.**<br>**Account No. Ending in 6136**<br>**Account Holder: FDF Holdings LLC** | **$120.00** |
| **JPMorgan Chase Bank, N.A.**<br>**Checking Account No. Ending in 0232**<br>**Account Holder: 1021 NC LLC** | **$1.00** |
| **JPMorgan Chase Bank, N.A.**<br>**Checking Account No. Ending in 6206**<br>**Account Holder: Vivo Management LLC** | **$1.90** |
| **JPMorgan Chase Bank, N.A.**<br>**Checking Account No. Ending in 2553**<br>**Account Holder: Vivo Management LLC** | **$0.07** |
| **JPMorgan Chase Bank, N.A.**<br>**Checking Account No. Ending in 0109**<br>**Account Holder: Structure Security LLC** | **$0.00** |
| **JPMorgan Chase Bank, N.A.**<br>**Checking Account No. Ending in 2538**<br>**Account Holder: Vivo Management LLC** | **$213.00** |
| **JPMorgan Chase Bank, N.A.**<br>**Checking Account No. Ending in 1609**<br>**Account Holder: Vivo Management LLC** | **$19,940.08** |
| **JPMorgan Chase Bank, N.A.**<br>**Checking Account No. Ending in 2258**<br>**Account Holder: Vivo Management LLC** | **$1,060.00** |
| **JPMorgan Chase Bank, N.A.**<br>**Checking Account No. Ending in 9216**<br>**Account Holder: Vivo Staffing LLC** | **$2.64** |
| **JPMorgan Chase Bank, N.A.**<br>**Checking Account No. Ending in 6653**<br>**Account Holder: FDF Holdings LLC** | **$0.00** |

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**.................................................................................................................. **$21,588.69**

**Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☒ No. Go to Part 7.
☐ Yes. Go to line 47.

**Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above**


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number *(if known)*

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☒ No
☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................... **$0.00**

**Part 8: List the Totals of Each Part of this Form**

| | | | | |
|---|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** | | | **$3,122,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$4,500.00** | | |
| 57. | **Part 3: Total personal and household items, line 15** | **$40,700.00** | | |
| 58. | **Part 4: Total financial assets, line 36** | **$12.20** | | |
| 59. | **Part 5: Total business-related property, line 45** | **$21,588.69** | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$66,800.89** | Copy personal property total | **$66,800.89** |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | | **$3,188,800.89** |


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jacob Tauber** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

☒ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own**<br>Copy the value from *Schedule A/B* | **Amount of the exemption you claim**<br>*Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| **Piaget Polo Skeleton watch**<br>Line from *Schedule A/B*: **12.1** | **$32,000.00** | ☒ **$17,475.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Baume & Mercier Riviera 10660 watch**<br>Line from *Schedule A/B*: **12.2** | **$3,200.00** | ☒ **$2,125.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |

3. **Are you claiming a homestead exemption of more than $214,000?**
(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

☒ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

☐ No

☐ Yes



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1: **Jacob Tauber**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known):

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☒ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A: Amount of claim (Do not deduct the value of collateral.) | Column B: Value of collateral that supports this claim | Column C: Unsecured portion (If any) |
|---|---|---|---|
| 2.1 Citibank, N.A. | $24,316.60 | $716,000.00 | $0.00 |
| 2.2 Citibank, N.A. | $8,070.17 | $0.00 | $8,070.17 |

**2.1 Citibank, N.A.**
Creditor's Name

**5800 South Corporate Pl.**
**Sioux Falls, SD 57108**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** ______ **Last 4 digits of account number** ______

**2.2 Citibank, N.A.**
Creditor's Name

**5800 South Corporate Pl.**
**Sioux Falls, SD 57108**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** ______ **Last 4 digits of account number** ______



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number (if known)
First Name Middle Name Last Name

**2.3 Crosscountry Mortgage LLC**
Creditor's Name

**2900 Westchester AvenueSuite 202**
**Purchase, NY 10577**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**
**12 Louis Road , New City, NY 10956-0000**
**Rockland County**

**$600,000.00** | **$716,000.00** | **$0.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** ______ **Last 4 digits of account number** ______

---

**2.4 Crosscountry Mortgage LLC**
Creditor's Name

**1 Corporate DriveSuite 360**
**Lake Zurich, IL 60047**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**
**5 Eros Drive , Monsey, NY 10952-0000**
**Rockland County**

**$437,682.91** | **$806,000.00** | **$0.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** ______ **Last 4 digits of account number** ______

---

**2.5 High Five Group LLC**
Creditor's Name

**461 Van Brunt Street**
**Brooklyn, NY 11231**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**$14,234,403.15** | **$0.00** | **$14,234,403.15**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** **Judgment entered February 18, 2022** **Last 4 digits of account number** ______



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number (if known)
First Name Middle Name Last Name

**2.6** **HOF 1 Grantor Trust 5** — **Describe the property that secures the claim:** **$7,315,354.00** **$0.00** **$7,315,354.00**

Creditor's Name

**190 South LaSalle StreetSuite 2400**
**Chicago, IL 60603**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** **Last 4 digits of account number**

---

**2.7** **NewRez LLC** — **Describe the property that secures the claim:** **$274,441.00** **$0.00** **Unknown**

Creditor's Name

**601 Office Center Dr**
**Fort Washington, PA 19034**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** **Last 4 digits of account number**

---

**2.8** **Nexus Capital Investments** — **Describe the property that secures the claim:** **$4,047,822.47** **$0.00** **$4,047,822.47**

Creditor's Name

**2233 Nostrand AvenueSuite 3**
**Brooklyn, NY 11210**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** **Last 4 digits of account number**

---



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number (if known)
First Name Middle Name Last Name

**2.9 Normandy Capital Trust** | Describe the property that secures the claim: | **$965,000.00** | **$0.00** | **$965,000.00**

Creditor's Name

**15 Maple StreetSecond Floor West**
**Summit, NJ 07901**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** **Last 4 digits of account number**

---

**2.10 PS Funding, Inc.** | Describe the property that secures the claim: | **$2,630,000.00** | **$0.00** | **$2,630,000.00**

Creditor's Name

**2121 Park PlaceSuite 250**
**El Segundo, CA 90245**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** **Last 4 digits of account number**

---

**2.11 Select Portfolio Servicing** | Describe the property that secures the claim: | **$589,618.00** | **$0.00** | **Unknown**

Creditor's Name

**Attn: BankruptcyP.O. Box 65250**
**Salt Lake City, UT 84165**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** **Last 4 digits of account number**



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number (if known)
First Name Middle Name Last Name

**2.12** **TBG Funding LLC** — **Describe the property that secures the claim:** **$3,833,913.48** **$0.00** **$3,833,913.48**

Creditor's Name

**c/o The Battery Group LLC3839 Flatlands AvenueSuite 201 Brooklyn, NY 11234**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☒ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Date debt was incurred** **Last 4 digits of account number**

---

**2.13** **TBG Funding LLC** — **Describe the property that secures the claim:** **$8,841,085.90** **$0.00** **$8,841,085.90**

Creditor's Name

**c/o The Battery Group LLC3839 Flatlands AvenueSuite 201 Brooklyn, NY 11234**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☒ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Date debt was incurred** **Last 4 digits of account number**

---

**2.14** **TBG Funding LLC** — **Describe the property that secures the claim:** **$4,096,647.45** **$0.00** **$4,096,647.45**

Creditor's Name

**c/o The Battery Group LLC3839 Flatlands AvenueSuite 201 Brooklyn, NY 11234**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☒ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Date debt was incurred** **Last 4 digits of account number**

---



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** — First Name / Middle Name / Last Name    Case number (if known) ______

| 2.15 | **TBG Funding LLC** | Describe the property that secures the claim: | **$1,295,814.38** | **$0.00** | **$1,295,814.38** |
|---|---|---|---|---|---|

Creditor's Name

**c/o The Battery Group LLC3839 Flatlands AvenueSuite 201**
**Brooklyn, NY 11234**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☒ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) ______

**Date debt was incurred** ______ **Last 4 digits of account number** ______

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$49,194,169.51** |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | **$49,194,169.51** |

## Part 2: List Others to Be Notified for a Debt That You Already Listed

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

[ ] Name, Number, Street, City, State & Zip Code
**Berkovitch & Bouskila**
**1545 U.S. 202Suite 101**
**Pomona, NY 10970**
On which line in Part 1 did you enter the creditor? **2.5**
Last 4 digits of account number ___

[ ] Name, Number, Street, City, State & Zip Code
**Hodgson Russ LLP**
**25 Main StreetSuite 605**
**Hackensack, NJ 07601**
On which line in Part 1 did you enter the creditor? **2.5**
Last 4 digits of account number ___

[ ] Name, Number, Street, City, State & Zip Code
**Jacobwitz Newman Tversky**
**377 Pearsall AvenueSuite C**
**Cedarhurst, NY 11516**
On which line in Part 1 did you enter the creditor? **2.8**
Last 4 digits of account number ___

[ ] Name, Number, Street, City, State & Zip Code
**McMichael Taylor Gray, LL**
**3275 W. Hillsboro Blvd.Suite 312**
**Deerfield Beach, FL 33442**
On which line in Part 1 did you enter the creditor? **2.6**
Last 4 digits of account number ___

[ ] Name, Number, Street, City, State & Zip Code
**McMichael Taylor Gray, LL**
**3550 Engineering DriveSuite 260**
**Norcross, GA 30092**
On which line in Part 1 did you enter the creditor? **2.3**
Last 4 digits of account number ___

[ ] Name, Number, Street, City, State & Zip Code
**Morrison Cohen LLP**
**909 Third Avenue**
**New York, NY 10022**
On which line in Part 1 did you enter the creditor? **2.12**
Last 4 digits of account number ___



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number (if known)
First Name Middle Name Last Name

[ ]
Name, Number, Street, City, State & Zip Code
**Polsinelli OC**
**900 West 48th PlaceSuite 900**
**Kansas City, MO 64112**

On which line in Part 1 did you enter the creditor? **2.9**
Last 4 digits of account number

[ ]
Name, Number, Street, City, State & Zip Code
**Roach & Lin P.C.**
**6851 Jericho TurnpikeSuite 185**
**Syosset, NY 11791**

On which line in Part 1 did you enter the creditor? **2.4**
Last 4 digits of account number

[ ]
Name, Number, Street, City, State & Zip Code
**Rubin & Rothman LLC**
**1787 Veterans Highway**
**Islandia, NY 11749**

On which line in Part 1 did you enter the creditor? **2.1**
Last 4 digits of account number

[ ]
Name, Number, Street, City, State & Zip Code
**Tae H. Wang, Esq.**
**185 Bridge Plaza N.Suite 201**
**Fort Lee, NJ 07024**

On which line in Part 1 did you enter the creditor? **2.10**
Last 4 digits of account number



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1: Jacob Tauber
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known):

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☒ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| 2.1 Internal Revenue Service — Last 4 digits of account number: | $55,000.00 | $55,000.00 | $0.00 |

**Internal Revenue Service**
Priority Creditor's Name
**P.O. Box 80110**
**Cincinnati, OH 45280**
Number Street City State Zip Code

**When was the debt incurred?** 2017 tax year

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☒ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number (if known)

4.1 **1 Sharpe Opportunity Intermedi**
Nonpriority Creditor's Name
**370 Highland AvenueSuite 200**
**Oakland, CA 94611**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

**$225,000.00**

---

4.2 **1 Sharpe Opportunity Intermedi**
Nonpriority Creditor's Name
**370 Highland AvenueSuite 200**
**Oakland, CA 94611**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

**$210,000.00**

---

4.3 **1 Sharpe Opportunity Intermedi**
Nonpriority Creditor's Name
**370 Highland AvenueSuite 200**
**Oakland, CA 94611**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

**$666,000.00**

---

4.4 **1 Sharpe Opportunity Intermedi**
Nonpriority Creditor's Name
**370 Highland AvenueSuite 200**
**Oakland, CA 94611**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

**$200,000.00**

---


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number (if known)

4.5 **Ally Financial, Inc.**
Nonpriority Creditor's Name
**Attn: BankruptcyP.O. Box 380901**
**Bloomington, IL 55438**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

**$398.00**

---

4.6 **Ally Financial, Inc.**
Nonpriority Creditor's Name
**Attn: BankruptcyP.O. Box 380901**
**Bloomington, IL 55438**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

**$398.00**

---

4.7 **American Express**
Nonpriority Creditor's Name
**Correspondence/BankruptcyP.O. Box 981535**
**El Paso, TX 79998**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** **3573**
**When was the debt incurred?** **Opened 09/19 Last Active 5/20/25**
**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Credit Card**

**$2,625.00**

---


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number (if known)

4.8 **Ariel Stern**
Nonpriority Creditor's Name
**139 Fulton StreetSuite 300**
**New York, NY 10038**
Number Street City State Zip Code

Last 4 digits of account number

**$550,000.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

---

4.9 **Empire YRB LLC**
Nonpriority Creditor's Name
**461 Van Brunt Street**
**Brooklyn, NY 11231**
Number Street City State Zip Code

Last 4 digits of account number

**$52,430,407.83**

When was the debt incurred? **Judgment entered February 18, 2022**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

---

4.10 **Eva Galpern Ret. Plan**
Nonpriority Creditor's Name
**139 Fulton StreetSuite 300**
**New York, NY 10038**
Number Street City State Zip Code

Last 4 digits of account number

**$550,000.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

---


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number (if known)

**4.11** **FTF Lending LLC**
Nonpriority Creditor's Name
**1300 East Ninth StreetSuite 1400**
**Cleveland, OH 44114**
Number Street City State Zip Code

Last 4 digits of account number

**Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

---

**4.12** **Jonathan Stern**
Nonpriority Creditor's Name
**139 Fulton StreetSuite 300**
**New York, NY 10038**
Number Street City State Zip Code

Last 4 digits of account number

**$550,000.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

---

**4.13** **JPMorgan Chase Bank, N.A.**
Nonpriority Creditor's Name
**MailCode LA4-7100700 Kansas Lane**
**Monroe, LA 71203**
Number Street City State Zip Code

Last 4 digits of account number

**$9,707.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

---


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number (if known)

4.14

**JPMorgan Chase Bank, N.A.**
Nonpriority Creditor's Name
**MailCode LA4-7100700 Kansas Lane**
**Monroe, LA 71203**
Number Street City State Zip Code

Last 4 digits of account number

**$930.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

---

4.15

**JPMorgan Chase Bank, N.A.**
Nonpriority Creditor's Name
**MailCode LA4-7100700 Kansas Lane**
**Monroe, LA 71203**
Number Street City State Zip Code

Last 4 digits of account number

**$9,707.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

---

4.16

**JPMorgan Chase Bank, N.A.**
Nonpriority Creditor's Name
**MailCode LA4-7100700 Kansas Lane**
**Monroe, LA 71203**
Number Street City State Zip Code

Last 4 digits of account number **0184**

**$930.00**

When was the debt incurred? **Opened 7/26/10 Last Active 4/27/25**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

---


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number (if known)

4.17 **M.P. Management LLC** — Last 4 digits of account number — **$2,205,598.33**

Nonpriority Creditor's Name
**1274 49th StreetSuite 175**
**Brooklyn, NY 11219**
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

4.18 **MFRA Trust 2016-1** — Last 4 digits of account number — **$1,806,290.00**

Nonpriority Creditor's Name
**350 Park Avenue20th Floor**
**New York, NY 10022**
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

4.19 **NMAC** — Last 4 digits of account number — **$1,094.00**

Nonpriority Creditor's Name
**Attn: BankruptcyP.O. Box 660360**
**Dallas, TX 75266**
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number (if known)

4.20 **Park National Capital** — Last 4 digits of account number — **$550,000.00**
Nonpriority Creditor's Name
**1 Stone PlaceSuite 200**
**Bronxville, NY 10708**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

4.21 **Plaza Gardens LLC** — Last 4 digits of account number — **Unknown**
Nonpriority Creditor's Name
**One University PlazaSuite 507**
**Hackensack, NJ 07601**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

4.22 **Portfolio Recovery Associates** — Last 4 digits of account number — **$9,739.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy120 Corporate Boulevard**
**Norfolk, VA 23502**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number (if known)

4.2 3

**Portfolio Recovery Associates**
Nonpriority Creditor's Name
**Attn: Bankruptcy120 Corporate Boulevard**
**Norfolk, VA 23502**
Number Street City State Zip Code

**Last 4 digits of account number** **4474** **$9,739.00**

**When was the debt incurred?** **Opened 12/21**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Factoring Company Account Barclays Bank Delaware**

---

4.2 4

**Quadrant Mezz Fund, LLP**
Nonpriority Creditor's Name
**8333 Douglas AvenueSuite 900**
**Dallas, TX 75225**
Number Street City State Zip Code

**Last 4 digits of account number** **$7,436,125.28**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

---

4.2 5

**Toyota Financial Services**
Nonpriority Creditor's Name
**Attn: BankruptcyP.O. Box 259001**
**Plano, TX 75025**
Number Street City State Zip Code

**Last 4 digits of account number** **$413.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

---


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number (if known)

4.26 **Wilmington Trust, N.A.**
Nonpriority Creditor's Name
**350 Park Avenue**
**New York, NY 10022**
Number Street City State Zip Code

Last 4 digits of account number

**$2,364,210.32**

When was the debt incurred? **May 20, 2019**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☒ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

## Part 3: List Others to Be Notified About a Debt That You Already Listed

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address
**Ballard Spahr LLP**
**700 East Gate DriveSuite 330**
**Mount Laurel, NJ 08054**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.26** of (*Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Berkovitch & Bouskila**
**1545 U.S. 202Suite 101**
**Pomona, NY 10970**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of (*Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Dalia Levine, Esq.**
**1274 49th StreetSuite 164**
**Brooklyn, NY 11219**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.17** of (*Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Friedman Vartolo LLP**
**85 Broad StreetSuite 501**
**New York, NY 10004**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.18** of (*Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Hodgson Russ LLP**
**25 Main StreetSuite 605**
**Hackensack, NJ 07601**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of (*Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Marc Wohlgemuth & Assoc.**
**21 Remsen AvenueSuite 301**
**Monsey, NY 10952**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.20** of (*Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Marc Wohlgemuth & Assoc.**
**21 Remsen AvenueSuite 301**
**Monsey, NY 10952**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.8** of (*Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Marc Wohlgemuth & Assoc.**
**21 Remsen AvenueSuite 301**
**Monsey, NY 10952**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (*Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number (if known)

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Offit Kurman, P.A.**<br>**590 Madison Avenue6th Floor**<br>**New York, NY 10022** | Line **4.24** of (*Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

## Part 4: Add the Amounts for Each Type of Unsecured Claim

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 55,000.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 55,000.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 69,789,311.76 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 69,789,311.76 |


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1 **Jacob Tauber**
First Name Middle Name Last Name

Debtor 2
(Spouse if, filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number
(if known)

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☒ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | Name<br>Number Street<br>City State ZIP Code | |
| 2.2 | Name<br>Number Street<br>City State ZIP Code | |
| 2.3 | Name<br>Number Street<br>City State ZIP Code | |
| 2.4 | Name<br>Number Street<br>City State ZIP Code | |
| 2.5 | Name<br>Number Street<br>City State ZIP Code | |


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1: **Jacob Tauber**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known):

☐ Check if this is an amended filing

# Official Form 106H
# Schedule H: Your Codebtors

**12/15**

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
☒ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☒ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **1028 Broad LLC**<br>**8 Amanda Court**<br>**Monsey, NY 10952** | ☒ Schedule D, line **2.10**<br>☐ Schedule E/F, line<br>☐ Schedule G<br>**PS Funding, Inc.** |
| 3.2 | **245 Springfield LLC**<br>**8 Amanda Court**<br>**Monsey, NY 10952** | ☒ Schedule D, line **2.14**<br>☐ Schedule E/F, line<br>☐ Schedule G<br>**TBG Funding LLC** |
| 3.3 | **41 S Parker LLC**<br>**8 Amanda Court**<br>**Monsey, NY 10952** | ☐ Schedule D, line<br>☒ Schedule E/F, line **4.8**<br>☐ Schedule G<br>**Ariel Stern** |
| 3.4 | **41 S Parker LLC**<br>**8 Amanda Court**<br>**Monsey, NY 10952** | ☐ Schedule D, line<br>☒ Schedule E/F, line **4.10**<br>☐ Schedule G<br>**Eva Galpern Ret. Plan** |


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number *(if known)*

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.5 | **41 S Parker LLC**<br>**8 Amanda Court**<br>**Monsey, NY 10952** | ☐ Schedule D, line ____<br>☒ Schedule E/F, line **4.12**<br>☐ Schedule G ____<br>**Jonathan Stern** |
| 3.6 | **41 S Parker LLC**<br>**8 Amanda Court**<br>**Monsey, NY 10952** | ☐ Schedule D, line ____<br>☒ Schedule E/F, line **4.20**<br>☐ Schedule G ____<br>**Park National Capital** |
| 3.7 | **8 Nancy Lane LLC**<br>**8 Nancy Lane**<br>**Spring Valley, NY 10977** | ☒ Schedule D, line **2.9**<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>**Normandy Capital Trust** |
| 3.8 | **Bergen Lofts LLC**<br>**8 Amanda Court**<br>**Monsey, NY 10952** | ☐ Schedule D, line ____<br>☒ Schedule E/F, line **4.26**<br>☐ Schedule G ____<br>**Wilmington Trust, N.A.** |
| 3.9 | **Bracha E. Tauber**<br>**8 Amanda Court**<br>**Monsey, NY 10952** | ☒ Schedule D, line **2.3**<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>**Crosscountry Mortgage LLC** |
| 3.10 | **Bracha E. Tauber**<br>**8 Amanda Court**<br>**Monsey, NY 10952** | ☒ Schedule D, line **2.4**<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>**Crosscountry Mortgage LLC** |
| 3.11 | **Branford Holdings LLC**<br>**24 Commerce StreetSuite 1501**<br>**Newark, NJ 07102** | ☒ Schedule D, line **2.5**<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>**High Five Group LLC** |
| 3.12 | **Broad Green LLC**<br>**8 Amanda Court**<br>**Monsey, NY 10952** | ☒ Schedule D, line **2.13**<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>**TBG Funding LLC** |
| 3.13 | **Building 5th LLC**<br>**24 Commerce StreetSuite 1501**<br>**Newark, NJ 07102** | ☐ Schedule D, line ____<br>☒ Schedule E/F, line **4.9**<br>☐ Schedule G ____<br>**Empire YRB LLC** |


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number *(if known)*

## Additional Page to List More Codebtors

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.14 | **Building 5th Urban Renewa**<br>**50 Washington Street**<br>**Hoboken, NJ 07030** | ☒ Schedule D, line **2.6**<br>☐ Schedule E/F, line<br>☐ Schedule G<br>**HOF 1 Grantor Trust 5** |
| 3.15 | **FDF 2 LLC**<br>**900 C. Lake Street #11**<br>**Ramsey, NJ 07446** | ☐ Schedule D, line<br>☒ Schedule E/F, line **4.1**<br>☐ Schedule G<br>**1 Sharpe Opportunity Intermedi** |
| 3.16 | **FDF 3 LLC**<br>**900 C. Lake Street #11**<br>**Ramsey, NJ 07446** | ☐ Schedule D, line<br>☒ Schedule E/F, line **4.2**<br>☐ Schedule G<br>**1 Sharpe Opportunity Intermedi** |
| 3.17 | **FDF 3 LLC**<br>**900 C. Lake Street #11**<br>**Ramsey, NJ 07446** | ☐ Schedule D, line<br>☒ Schedule E/F, line **4.18**<br>☐ Schedule G<br>**MFRA Trust 2016-1** |
| 3.18 | **MT Prospect Lofts, LLC**<br>**900C Lake StreetSuite 11**<br>**Ramsey, NJ 07446** | ☐ Schedule D, line<br>☒ Schedule E/F, line **4.17**<br>☐ Schedule G<br>**M.P. Management LLC** |
| 3.19 | **New West 1 LLC**<br>**8 Amanda Court**<br>**Monsey, NY 10952** | ☒ Schedule D, line **2.12**<br>☐ Schedule E/F, line<br>☐ Schedule G<br>**TBG Funding LLC** |
| 3.20 | **Newark 7th LLC**<br>**8 Amanda Court**<br>**Monsey, NY 10952** | ☐ Schedule D, line<br>☒ Schedule E/F, line **4.3**<br>☐ Schedule G<br>**1 Sharpe Opportunity Intermedi** |
| 3.21 | **NJ First Data Filing LLC**<br>**900C Lake Street, Suite 11**<br>**Ramsey, NJ 07446** | ☐ Schedule D, line<br>☒ Schedule E/F, line **4.4**<br>☐ Schedule G<br>**1 Sharpe Opportunity Intermedi** |


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number *(if known)*

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.22 | **NY Ave Lofts LLC**<br>**8 Amanda Court**<br>**Monsey, NY 10952** | ☒ Schedule D, line **2.8**<br>☐ Schedule E/F, line<br>☐ Schedule G<br>**Nexus Capital Investments** |
| 3.23 | **NY Ave Lofts LLC**<br>**8 Amanda Court**<br>**Monsey, NY 10952** | ☒ Schedule D, line **2.15**<br>☐ Schedule E/F, line<br>☐ Schedule G<br>**TBG Funding LLC** |
| 3.24 | **Springfield Renaissance**<br>**10 Mechanic StreetSuite 130**<br>**Red Bank, NJ 07701** | ☒ Schedule D, line **2.14**<br>☐ Schedule E/F, line<br>☐ Schedule G<br>**TBG Funding LLC** |


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Fill in this information to identify your case:

Debtor 1: Jacob Tauber

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (If known):

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date: ______ MM / DD/ YYYY

# Official Form 106I
# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>☒ Not employed | ☐ Employed<br>☒ Not employed |
| **Occupation** | | |
| **Employer's name** | | |
| **Employer's address** | | |
| **How long employed there?** | | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

Debtor 1 Jacob Tauber Case number (*if known*)

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 0.00 | $ 0.00 |
| 5. | **List all payroll deductions:** | | | |
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 | + $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |
| 8. | **List all other income regularly received:** | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 25,000.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ 0.00 | + $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ 25,000.00 |

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.
10. $ 0.00 + $ 25,000.00 = $ 25,000.00

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: 11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies
12. $ 25,000.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☒ No.
☐ Yes. Explain:

Fill in this information to identify your case:

Debtor 1 Jacob Tauber

Debtor 2 (Spouse, if filing)

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**
   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☐ No
   Do not list Debtor 1 and Debtor 2. ☒ Yes. Fill out this information for each dependent.............
   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 5 | ☐ No ☒ Yes |
| Son | 16 | ☐ No ☒ Yes |
| Son | 12 | ☐ No ☒ Yes |
| Son | 8 | ☐ No ☒ Yes |
| Son | 3 | ☐ No ☒ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?** ☒ No ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 5,900.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 1,350.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |
| 6. | **Utilities:** | |
| 6a. | Electricity, heat, natural gas | 6a. $ 900.00 |
| 6b. | Water, sewer, garbage collection | 6b. $ 20.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ 1,400.00 |

Debtor 1 **Jacob Tauber** Case number (if known)

| | | | |
|---|---|---|---|
| | 6d. Other. Specify: **Cleaning services** | 6d. $ | **3,300.00** |
| 7. | **Food and housekeeping supplies** | 7. $ | **4,500.00** |
| 8. | **Childcare and children's education costs** | 8. $ | **4,500.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | **1,000.00** |
| 10. | **Personal care products and services** | 10. $ | **1,050.00** |
| 11. | **Medical and dental expenses** | 11. $ | **0.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | **1,150.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | **1,100.00** |
| 14. | **Charitable contributions and religious donations** | 14. $ | **100.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | **0.00** |
| | 15b. Health insurance | 15b. $ | **0.00** |
| | 15c. Vehicle insurance | 15c. $ | **0.00** |
| | 15d. Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b. Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. Other. Specify: | 17c. $ | **0.00** |
| | 17d. Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a. Mortgages on other property | 20a. $ | **0.00** |
| | 20b. Real estate taxes | 20b. $ | **0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: | 21. +$ | **0.00** |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **26,270.00** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | **26,270.00** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **25,000.00** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | **26,270.00** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | **-1,270.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.
☐ Yes. Explain here:

**Fill in this information to identify your case:**

Debtor 1 **Jacob Tauber**
First Name Middle Name Last Name

Debtor 2
(Spouse if, filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number
(if known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person ______ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Jacob Tauber**
**Jacob Tauber**
Signature of Debtor 1

Date **November 16, 2025**

X ______
Signature of Debtor 2

Date ______



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jacob Tauber** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 107
# Statement of Financial Affairs for Individuals Filing for Bankruptcy

**04/25**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☒ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☒ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☒ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2 Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For last calendar year: (January 1 to December 31, 2024 )** | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | **$13,157.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that: (January 1 to December 31, 2023 )** | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | **$11,801.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number (*if known*)

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☒ No
☐ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☒ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☒ No. Go to line 7.
☐ Yes List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.
☐ Yes List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☒ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☒ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number (*if known*)

**Part 4: Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☒ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Empire YRB LLC, et al. v. Jacob Tauber<br>030695/2022** | **Breach of Contract** | **Supreme Court, Rockland County<br>1 South Main Street<br>New City, NY 10956** | ☐ Pending<br>☐ On appeal<br>☒ Concluded<br>**Post-judgment activity pending** |
| **Building 5th LLC, 605 Broad St. LLC, et al. v. Empire YRB LLC, et al.<br>ESX-L-002945-22** | **Breach of contract and related relief** | **Superior Court of New Jersey, Essex Cty<br>50 W Market Street<br>Newark, NJ 07102** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **HOF 1 Grantor Trust 5 v. Building 5th Urban Renewal LLC, et al.<br>030796/2024** | **Domestication of Foreign Judgment** | **Supreme Court, Rockland County<br>1 S. Main Street<br>New City, NY 10956** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| **TBG Funding LLC v. 245 Springfield LLC, et al.<br>031403/2024** | **Domestication of Foreign Judgment** | **Supreme Court, Rockland County<br>1 S. Main Street<br>New City, NY 10956** | ☐ Pending<br>☐ On appeal<br>☒ Concluded<br>**Post-judgment activity pending** |
| **TBG Funding, LLC v. Broad Green, LLC and Jacob Tauber<br>ESX-L-004294-22** | **Breach of contract** | **Superior Court of New Jersey, Essex Cty<br>470 Dr. Martin Luther King, Jr. Blvd.<br>Newark, NJ 07102** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| **Crosscountry Mortgage LLC v. Jacob Tauber, et al.<br>032681/2022** | **Residential Mortgage Foreclosure for 12 Louis Road, New City, New York 10956** | **Supreme Court, Rockland County<br>1 South Main Street<br>New City, NY 10956** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| **Park National Capital Funding LLC v. 41 S Parker LLC, et al.<br>033926/2021** | **Commerical mortgage foreclosure for 41 South Parker Drive, Monsey, New York 10952** | **Supreme Court, Rockland County<br>1 South Main Street<br>New City, NY 10956** | ☐ Pending<br>☐ On appeal<br>☒ Concluded<br>**Judgment entered March 17, 2023** |
| **Nexus Capital Investments LLC<br>033936/2022** | **Domestication of Foreign Judgment** | **Supreme Court, Rockland County<br>1 S. Main Street<br>New City, NY 10956** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number (*if known*)

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Crosscountry Mortgage LLC v. Jacob Tauber, et al.<br>034200/2022** | **Residential foreclosure action for 5 Eros Drive, Airmont, NY 10952** | **Supreme Court, Rockland County<br>1 S. Main Street<br>New City, NY 10956** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **Crosscountry Mortgage LLC v. Jacob Tauber, et al.<br>035228/2022** | **Residential mortgage foreclosure for 5 Still Drive, Airmont, New York 10952** | **Supreme Court, Rockland County<br>1 S. Main Street<br>New City, NY 10956** | ☐ Pending<br>☐ On appeal<br>☒ Concluded<br><br>**Auction held May 12, 2025** |
| **Empire YRB LLC v. Jacob Tauber<br>035999/2024** | **Turnover Proceeding** | **Supreme Court, Rockland County<br>1 S. Main Street<br>New City, NY 10956** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **TBG Funding LLC v. 245 Springfield LLC, et al.<br>2024-11418** | **Appeal** | **Second Department, Appellate Division<br>45 Monroe Pl.<br>Brooklyn, NY 11201** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| **TBG Funding LLC v. 245 Springfield LLC, et al.<br>2024-11419** | **Appeal** | **Second Department, Appellate Division<br>45 Monroe Pl.<br>Brooklyn, NY 11201** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| **Wilmington Trust, National Association v. 24 Commerce Street, LLC<br>21-cv-05498** | **Mortgage Foreclosure** | **U.S. District Court, District of NJ<br>50 Walnut St, #4015<br>Newark, NJ 07102** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| **Quadrant Mezz Fund LLP v. Jacob Tauber i/s/a Yanki Tauber<br>653960/2021** | **Supreme Court, New York County** | **Supreme Court, New York County<br>60 Centre Street<br>New York, NY 10007** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
☒ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Crosscountry Mortgage, LLC<br>28 Liberty Street<br>New York, NY 10005** | **5 Stillo Drive, Airmont, New York 10952 (Section: 61.08; Block: 1; Lot: 21.2) \| Counsel for plaintiff filed an order to show cause on 9/10/2025 seeking to hold the successful bidder in default and re-schedule sale**<br><br>☐ Property was repossessed.<br>☒ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **5/12/2025** | **$965,000.00** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your**



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number (*if known*)

**accounts or refuse to make a payment because you owed a debt?**

☒ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☒ No
☐ Yes

## Part 5: List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☒ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☒ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

## Part 6: List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7: List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☒ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **The Frank Law Firm P.C.<br>71 New Street<br>Huntington, NY 11743<br>www.frankfirmpc.com<br>Eliazar Tauber** | **Legal Services: $27,500** | **May 27, 2025 ($17,500) \|October 23, 2025 ($10,000)** | **$27,500.00** |



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number (*if known*)

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.
☐ No
☒ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Eliazer Tauber**<br>**3 Eros Drive**<br>**Monsey, NY 10952**<br><br>**Father** | **Rental Proceeds from 12 Louis Road, 5 Eros Drive, and 5 Stillo Drive** | **12 Louis Road - 06/20/2023 - 03/17/2025 = $61,119.10 \|5 Eros Drive - 06/20/2023 - 05/22/2025 = $72,578.39 \|5 Stillo Drive 06/20/2023 - 06/03/2025 = $114,858.16** | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)
☒ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

## Part 8: List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
**Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.**
☒ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Part 9: Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☒ **No**
☐ **Yes. Fill in the details.**

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

## Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

☒ ***Environmental law*** **means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.**
☒ ***Site*** **means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.**
☒ ***Hazardous material*** **means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.**

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☒ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

☒ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

## Part 11: Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**
☒ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**
☐ **A partner in a partnership**
☐ **An officer, director, or managing executive of a corporation**
☐ **An owner of at least 5% of the voting or equity securities of a corporation**



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number (*if known*)

☐ **No. None of the above applies. Go to Part 12.**

☒ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Building 5th Urban Renewal LLC<br>24 Commerce Street Suite 1501<br>Newark, NJ 07102 | Real estate holding company | EIN: 83-2470026<br>From-To 10/29/2018 - Present |
| 605 Broad St LLC<br>900 C. Lake Street #11<br>Ramsey, NJ 07446 | Real estate holding company | EIN: 82-5335041<br>From-To 02/26/2018 - Present |
| FDF 4 LLC<br>900 C. Lake Street #11<br>Ramsey, NJ 07446 | Real estate holding company | EIN: 83-0546228<br>From-To December 10, 2017 - Present |
| FDF 2 LLC<br>900 C. Lake Street #11<br>Ramsey, NJ 07446 | Real estate holding company | EIN: 82-1590868<br>From-To May 19, 2017 - Present |
| FDF 3 LLC<br>900 C. Lake Street #11<br>Ramsey, NJ 07446 | Real estate holding company | EIN: 82-2445210<br>From-To 08/10/2017 - Present |
| FDF P3 LLC<br>900 C. Lake Street #11<br>Ramsey, NJ 07446 | Real estate holding company | EIN: 82-5459778<br>From-To 05/07/2018 - Present |
| FDF Holdings LLC<br>24 Commerce Street Suite 1501<br>Newark, NJ 07102 | Real estate holding company<br><br>Phillip M. Stern & Co. 1901 51st Street, Suite 1ABrooklyn, New York 11204 | EIN: 82-0608345<br>From-To 02/27/2017 - Present |
| Branford Holdings LLC<br>24 Commerce Street Suite 1501<br>Newark, NJ 07102 | Real estate holding company | EIN: 84-2136838<br>From-To 06/19/2019 - Present |
| 395-397 Clinton LLC<br>24 Commerce Street Suite 1501<br>Newark, NJ 07102 | Real estate holding company | EIN:<br>From-To 02/26/2019 - Present |
| 1129-1135 South Orange Ave LLC<br>24 Commerce Street Suite 1501<br>Newark, NJ 07102 | Real estate holding company | EIN: 84-1747767<br>From-To 05/14/2019 - Present |
| Building 5th Urban Renewal LLC | Real estate holding company | EIN:<br>From-To |
| 245 Springfield LLC<br>115 Franklin Turnpike #268<br>Mahwah, NJ 07430 | Real estate holding company | EIN: 83-1901327<br>From-To 09/13/2018 - Present |
| Springfield Renaissance, LLC | Real estate holding company | EIN:<br>From-To |



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number (*if known*)

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|
| **NY AVE Lofts LLC**<br>**900 C. Lake Street #11**<br>**Ramsey, NJ 07446** | **Real estate holding company** | EIN: **83-4379586**<br>From-To **09/26/2018 - Present** |
| **New West 1 LLC**<br>**900 C. Lake Street #11**<br>**Ramsey, NJ 07446** | **Real estate holding company** | EIN: **82-4920655**<br>From-To **03/25/2018 - Present** |
| **Broad Green LLC**<br>**115 Franklin Turnpike #268**<br>**Mahwah, NJ 07430** | **Real estate holding company** | EIN: **83-1807148**<br>From-To **09/05/2018 - Present** |
| **1028 Broad LLC**<br>**8 Amanda Court**<br>**Monsey, NY 10952** | **Real estate holding company** | EIN: **83-3440007**<br>From-To **02/05/2019 - Present** |
| **41 S Parker LLC**<br>**900 C. Lake Street #11**<br>**Ramsey, NJ 07446** | **Real estate holding company** | EIN: **82-1868578**<br>From-To **06/15/2017 - Present** |
| **8 Nancy Lane LLC**<br>**900 C. Lake Street #11**<br>**Ramsey, NJ 07446** | | EIN: **83-4585641**<br>From-To **08/27/2018 - Present** |
| **Maplewood Funding LLC** | **Phillip M. Stern & Co.1901 51st Street, Suite 1ABrooklyn, New York 11204** | EIN: **47-5433604**<br>From-To |
| **Vivo Builders LLC**<br>**24 Commerce Street Suite 1501**<br>**Newark, NJ 07101** | **Construction**<br>**Phillip M. Stern & Co.1901 51st Street, Suite 1ABrooklyn, New York 11204** | EIN: **xxx-xx-8494**<br>From-To |
| **Zidders LLC**<br>**25 Robert Pitt Drive Suite 204**<br>**Monsey, NY 10952** | | EIN: **46-4001715**<br>From-To |
| **708 Springfield LLC**<br>**8 Amanda Court**<br>**Monsey, NY 10952** | | EIN: **83-4585641**<br>From-To **08/08/2017 - Present** |
| **852 16th LLC**<br>**8 Amanda Court**<br>**Monsey, NY 10952** | | EIN: **82-2887735**<br>From-To **09/25/2017 - Present** |
| **CYT Holdings LLC**<br>**900C Lake Street Suite 11**<br>**Ramsey, NJ 07446** | | EIN: **82-4280974**<br>From-To **02/05/2018 - Present** |
| **Newark 7th LLC**<br>**8 Amanda Court**<br>**Monsey, NY 10952** | | EIN: **83-3492372**<br>From-To **02/08/2019 - Present** |



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number (*if known*)

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **NJ First Data Filing LLC**<br>**900C Lake Street Suite 11**<br>**Ramsey, NJ 07446** | | EIN: **82-1457877**<br>From-To **05/08/2017 - Present** |
| **FDF 4 LLC**<br>**900C Lake Street Suite 11**<br>**Ramsey, NJ 07446** | | EIN: **83-0546228**<br>From-To **12/10/2017 - Present** |
| **MT Prospects Lofts LLC**<br>**900 C. Lake Street #11**<br>**Ramsey, NJ 07446** | | EIN: **83-1708217**<br>From-To **08/27/2018 - Present** |
| **5 Stillo LLC**<br>**8 Amanda Court**<br>**Monsey, NY 10952** | | EIN: **83-1572066**<br>From-To **8/9/2018 - Present** |
| **11-13 Thomas ST LLC**<br>**24 Commerce Street Suite 1501**<br>**Newark, NJ 07102** | | EIN: **83-4346917**<br>From-To **4/9/2019 - Present** |
| **24 Commerce Holdings LLC**<br>**24 Commerce Street Suite 1501**<br>**Newark, NJ 07102** | | EIN:<br>From-To |
| **24 Commerce LLC (NJ)**<br>**24 Commerce Street Suite 1501**<br>**Newark, NJ 07102** | | EIN: **83-1661960**<br>From-To **8/22/18 - Present** |
| **24 Commerce LLC (DE)**<br>**1013 Centre Road Suite 403-B**<br>**Wilmington, DE 19805** | | EIN:<br>From-To **03/28/2019** |
| **24 Commerce Owner Inc.**<br>**24 Commerce Street Suite 501**<br>**Newark, NJ 07102** | | EIN:<br>From-To |
| **24 Commerce Street Holdings LLC**<br>**24 Commerce Street Suite 1501**<br>**Newark, NJ 07102** | | EIN:<br>From-To |
| **24 Commerce Street LLC**<br>**24 Commerce Street Suite 1501**<br>**Newark, NJ 07102** | | EIN: **83-4259100**<br>From-To |
| **41 S Parker LLC**<br>**900 C. Lake Street #11**<br>**Ramsey, NJ 07446** | | EIN: **82-1868578**<br>From-To |
| **72 Willoughby ST LLC**<br>**24 Commerce Street Suite 1501**<br>**Newark, NJ 07102** | | EIN: **83-3679835**<br>From-To |
| **76 Mission ST LLC**<br>**24 Commerce Street Suite 1501**<br>**Newark, NJ 07102** | | EIN: **84-3084744**<br>From-To |



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Jacob Tauber Case number (*if known*)

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 78 Chelsa LLC<br>900 C. Lake Street #11<br>Ramsey, NJ 07446 | | EIN: 83-1585484<br>From-To |
| 92-96 N6 LLC<br>24 Commerce Street Suite 501<br>Newark, NJ 07102 | | EIN:<br>From-To |
| 106 S 7th LLC<br>24 Commerce Street Suite 1501<br>Newark, NJ 07102 | | EIN: 84-2826514<br>From-To |
| 106 South 7 LLC<br>24 Commerce Street Suite 1501<br>Newark, NJ 07102 | | EIN: 83-3671136<br>From-To |
| 114 Garside ST LLC<br>24 Commerce Street Suite 1501<br>Newark, NJ 07102 | | EIN: 83-4444097<br>From-To |
| 173 3rd ST LLC<br>900 C. Lake Street #11<br>Ramsey, NJ 07446 | | EIN: 82-4190252<br>From-To |
| 176-179 Parker Street LLC<br>24 Commerce Street Suite 1501<br>Newark, NJ 07102 | | EIN: 83-4406013<br>From-To |
| 245 Springfield LLC<br>115 Franklin Turnpike #268<br>Mahwah, NJ 07430 | | EIN: 83-1901327<br>From-To |
| Springfield Renaissance LLC<br>24 Commerce Street<br>Newark, NJ 07102 | | EIN:<br>From-To |
| 247 Stuyvesant Ave LLC<br>247 Stuyvesant Avenue<br>Newark, NJ | | EIN: 83-4027603<br>From-To March 19, 2019 |
| 352 South 10 St LLC<br>24 Commerce Street Suite 1501<br>Newark, NJ 07102 | | EIN: 83-3359464<br>From-To |
| 364 S Orange Ave LLC<br>24 Commerce Street Suite 1501<br>Newark, NJ 07102 | | EIN: 84-3071051<br>From-To |
| 395-397 Clinton LLC<br>24 Commerce Street Suite 1501<br>Newark, NJ 07102 | | EIN:<br>From-To February 26, 2019 - |
| 442 South 19 LLC<br>24 Commerce Street Suite 1501<br>Newark, NJ 07102 | | EIN:<br>From-To |



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number (*if known*)

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed | |
|---|---|---|---|
| **510 South 15 LLC**<br>**24 Commerce Street Suite 1501**<br>**Newark, NJ 07102** | | EIN:<br>From-To | **83-3725545**<br>**January 30, 2019** |
| **540 Central LLC**<br>**24 Commerce Street Suite 1501**<br>**Newark, NJ 07102** | | EIN:<br>From-To | **84-4302933**<br>**December 30, 2019** |
| **24 Commerce LLC (NJ)**<br>**24 Commerce Street Suite 1501**<br>**Newark, NJ 07102** | | EIN:<br>From-To | **83-3475487**<br>**January 30, 2019** |
| **605 Broad ST LLC**<br>**900 C. Lake Street #11**<br>**Ramsey, NJ 07446** | | EIN:<br>From-To | **82-5335041**<br>**February 26, 2018** |
| **698 MLK BLVD LLC**<br>**24 Commerce Street Suite 1501**<br>**Newark, NJ 07102** | | EIN:<br>From-To | **83-3799066**<br>**January 30, 2019** |
| **24 Commerce LLC (NJ)**<br>**24 Commerce Street Suite 1501**<br>**Newark, NJ 07102** | | EIN:<br>From-To | **83-3154839**<br>**January 15, 2019** |
| **708 Springfield LLC**<br>**900 C. Lake Street #11**<br>**Ramsey, NJ 07446** | | EIN:<br>From-To | **82-2533560**<br>**August 18, 2017** |
| **750 Bergen St LLC**<br>**900 C. Lake Street #11**<br>**Ramsey, NJ 07446** | | EIN:<br>From-To | **82-3203432**<br>**October 25, 2017** |
| **755-759 South Orange Avenue LLC**<br>**24 Commerce Street Suite 1501**<br>**Newark, NJ 07102** | | EIN:<br>From-To | **84-2563090**<br>**July 30, 2019** |
| **770 MT Prospect LLC**<br>**900 C. Lake Street #11**<br>**Ramsey, NJ 07446** | | EIN:<br>From-To | **83-145960**<br>**August 3, 2018** |
| **900 Broad St LLC**<br>**900 C. Lake Street #11**<br>**Ramsey, NJ 07446** | | EIN:<br>From-To | **83-1268061** |
| **1021 NC LLC**<br>**900 C. Lake Street #11**<br>**Ramsey, NJ 07446** | | EIN:<br>From-To | **83-1550146** |
| **1028 Broad LLC**<br>**24 Commerce Street Suite 1501**<br>**Newark, NJ 07102** | | EIN:<br>From-To | **83-3440007** |
| **1129-1135 South Orange Ave LLC**<br>**24 Commerce Street Suite 1501**<br>**Newark, NJ 07102** | | EIN:<br>From-To | **84-1747767** |



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number (*if known*)

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|
| **1457 Realty LLC**<br>**900 C. Lake Street #11**<br>**Ramsey, NJ 07446** | | EIN: **47-2678286**<br>From-To |
| **Bellaire Place Holdings LLC**<br>**24 Commerce Street Suite 1501**<br>**Newark, NJ 07102** | | EIN: **84-2201333**<br>From-To **June 25, 2019 - Present** |
| **Bergen Lofts LLC**<br>**900 C. Lake Street #11**<br>**Ramsey, NJ 07446** | | EIN: **83-1063911**<br>From-To **June 27, 2018 - Present** |
| **Blum Properties LLC**<br>**900 C. Lake Street #11**<br>**Ramsey, NJ 07446** | | EIN: **82-2438238**<br>From-To **August 10, 2017 - Present** |
| **Branford Holdings LLC**<br>**24 Commerce Street Suite 1501**<br>**Newark, NJ 07102** | | EIN: **84-2136838**<br>From-To |
| **Broad Commons LLC**<br>**900 C. Lake Street #11**<br>**Ramsey, NJ 07446** | | EIN: **83-1240739**<br>From-To **July 16, 2018 - Present** |
| **Broad Green LLC**<br>**24 Commerce Street Suite 1501**<br>**Newark, NJ 07102** | | EIN: **83-1807148**<br>From-To **September 5, 2018 - Present** |
| **Broad Prospect LLC**<br>**900 C. Lake Street #11**<br>**Ramsey, NJ 07446** | | EIN: **83-2346794**<br>From-To **October 29, 2018 - Present** |
| **1129-1135 South Orange Ave LLC**<br>**24 Commerce Street Suite 1501**<br>**Newark, NJ 07102** | | EIN:<br>From-To |
| **Catalyst Lounge LLC**<br>**900 C. Lake Street #11**<br>**Ramsey, NJ 07446** | | EIN: **82-3519073**<br>From-To |
| **Central Lofts LLC**<br>**900 C. Lake Street #11**<br>**Ramsey, NJ 07446** | | EIN: **83-1041792**<br>From-To |
| **Oval Property Holdings LLC** | | EIN:<br>From-To |
| **1457 Realty LLC**<br>**900 C. Lake Street #11**<br>**Ramsey, NJ 07446** | | EIN: **82-4280974**<br>From-To **February 5, 2018 - Present** |
| **1028 Broad LLC**<br>**8 Amanda Court**<br>**Monsey, NY 10952** | | EIN: **47-5465859**<br>From-To **November 2, 2015 - Present** |


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number (*if known*)

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **FDF 12 Louis RD LLC**<br>900 C. Lake Street #11<br>Ramsey, NJ 07446 | | EIN: 82-0940848<br>From-To March 24, 2017 - Present |
| **FDF Foundation Corp.**<br>900 C. Lake Street #11<br>Ramsey, NJ 07446 | Charity | EIN:<br>From-To November 7, 2018 - Present |
| **FDF Global LLC**<br>24 Commerce Street Suite 1501<br>Newark, NJ 07102 | | EIN:<br>From-To January 23, 2019 - Present |
| **FDF P1 LLC**<br>900 C. Lake Street #11<br>Ramsey, NJ 07446 | | EIN: 82-4738509<br>From-To March 12, 2018 - Present |
| **FDF P2 LLC**<br>900 C. Lake Street #11<br>Ramsey, NJ 07446 | | EIN: 82-4760429<br>From-To March 12, 2018 - Present |
| **Lake Investments LLC**<br>900 C. Lake Street #11<br>Ramsey, NJ 07446 | | EIN:<br>From-To September 26, 2017 - Present |
| **Lake P1 LLC**<br>900 C. Lake Street #11<br>Ramsey, NJ 07446 | | EIN: 83-0760249<br>From-To June 4, 2018 - Present |
| **Lake P2 LLC**<br>900 C. Lake Street #11<br>Ramsey, NJ 07446 | | EIN: 83-0777372<br>From-To June 4, 2018 - Present |
| **Lake Properties 101 LLC**<br>900 C. Lake Street #11<br>Ramsey, NJ 07446 | | EIN: 82-2920655<br>From-To September 27, 2017 - Present |
| **Lake Properties 103 LLC**<br>900 C. Lake Street #11<br>Ramsey, NJ 07446 | | EIN: 82-3784061<br>From-To December 21, 2017 |
| **1129-1135 South Orange Ave LLC**<br>24 Commerce Street Suite 1501<br>Newark, NJ 07102 | | EIN: 83-3033943<br>From-To January 7, 2019 - Present |
| **1457 Realty LLC**<br>900 C. Lake Street #11<br>Ramsey, NJ 07446 | | EIN: 82-4920655<br>From-To March 25, 2018 - Present |
| **1457 Realty LLC**<br>900 C. Lake Street #11<br>Ramsey, NJ 07446 | | EIN: 82-4920655<br>From-To March 25, 2018 - Present |
| **1129-1135 South Orange Ave LLC**<br>24 Commerce Street Suite 1501<br>Newark, NJ 07102 | | EIN: 83-3492372<br>From-To February 8, 2019 - Present |



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|
| **Newark PP4 LLC**<br>**24 Commerce Street Suite 1501**<br>**Newark, NJ 07102** | | EIN: **84-2719231**<br>From-To **August 14, 2019 - Present** |
| **Newark PP5 LLC**<br>**24 Commerce Street Suite 1501**<br>**Newark, NJ 07102** | | EIN: **84-3540073**<br>From-To **October 30, 2019 - Present** |
| **Newark PP6 LLC**<br>**24 Commerce Street Suite 1501**<br>**Newark, NJ 07102** | | EIN: **84-3542295**<br>From-To **October 30, 2019 - Present** |
| **Newark Vision Properties LLC**<br>**24 Commerce Street Suite 1501**<br>**Newark, NJ 07102** | | EIN: **84-3056000**<br>From-To **September 16, 2019 - Present** |
| **NJ First Data Filing LLC**<br>**900 C. Lake Street #11**<br>**Ramsey, NJ 07446** | | EIN: **82-1457877**<br>From-To **May 8, 2017 - Present** |
| **NMFI 698-700 MLK LLC**<br>**24 Commerce Street Suite 1501**<br>**Newark, NJ 07102** | | EIN: **84-3629978**<br>From-To **November 8, 2019 - Present** |
| **NY Ave Lofts LLC**<br>**24 Commerce Street Suite 1501**<br>**Newark, NJ 07102** | | EIN: **83-4379586**<br>From-To **September 26, 2018 - Present** |
| **Seven Spot LLC**<br>**29 Wainwright Street**<br>**Newark, NJ 07112** | | EIN:<br>From-To **January 15, 2020 - Present** |
| **South Orange & Grove LLC**<br>**24 Commerce Street Suite 1501**<br>**Newark, NJ 07102** | | EIN:<br>From-To |
| **Structure Security LLC**<br>**24 Commerce Street Suite 1501**<br>**Newark, NJ 07102** | | EIN: **83-3052707**<br>From-To **January 8, 2019 - Present** |
| **Vivo Management LLC**<br>**900 C. Lake Street #11**<br>**Ramsey, NJ 07446** | | EIN: **82-5488622**<br>From-To **May 9, 2018** |
| **Vivo Protech LLC**<br>**24 Commerce Street Suite 1501**<br>**Newark, NJ 07102** | | EIN: **84-1938423**<br>From-To **May 31, 2019 - Present** |
| **Vivo Staffing LLC**<br>**24 Commerce Street Suite 1501**<br>**Newark, NJ 07102** | | EIN: **84-2129711**<br>From-To **June 18, 2019 - Present** |
| **YTG 26 Edwin ST LLC**<br>**900 C. Lake Street #11**<br>**Ramsey, NJ 07446** | | EIN: **83-3545094**<br>From-To **March 21, 2017 - Present** |


Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 Jacob Tauber Case number (*if known*)

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| YTG 1081 18th Ave LLC<br>24 Commerce Street Suite 1501<br>Newark, NJ 07102 | | EIN: 82-1593263<br>From-To March 21, 2017 - Present |
| J Tauber LLC | | EIN: 87-4350917<br>From-To 1-10-2022 |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

**Part 12: Sign Below**

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.**
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | |
|---|---|
| /s/ Jacob Tauber<br>Jacob Tauber<br>Signature of Debtor 1 | Signature of Debtor 2 |
| Date November 16, 2025 | Date |

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
☒ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☒ No
☐ Yes. Name of Person ______. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1 **Jacob Tauber**
First Name Middle Name Last Name

Debtor 2
(Spouse if, filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number ____________
(if known)

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7

**12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**
**☒ creditors have claims secured by your property, or**
**☒ you have leased personal property and the lease has not expired.**
**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Crosscountry Mortgage LLC**<br>Description of property securing debt: **12 Louis Road , New City, NY 10956-0000 Rockland County** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☒ Retain the property and [explain]:<br>**Retain to Pay** | ☒ No<br>☐ Yes |
| Creditor's name: **Crosscountry Mortgage LLC**<br>Description of property securing debt: **5 Eros Drive , Monsey, NY 10952-0000 Rockland County** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☒ Retain the property and [explain]:<br>**Retain to Pay** | ☒ No<br>☐ Yes |

## Part 2: List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number (*if known*)

| | |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

**Part 3: Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Jacob Tauber**
**Jacob Tauber**
Signature of Debtor 1

Date **November 16, 2025**

X
Signature of Debtor 2

Date



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re **Jacob Tauber** Debtor(s) Case No. ______ Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **10,000.00** |
| Prior to the filing of this statement I have received | $ | **10,000.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

☐ Debtor ☒ Other (specify): **Eliazar Tauber**

3. The source of compensation to be paid to me is:

☒ Debtor ☐ Other (specify):

4. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☒ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached. **.**

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]
**(i) Representation in connection with responding to and defending examinations under Federal Bankruptcy Rule 2004; (ii) defending motions for stay relief; and (iii) defending motions seeking to dismiss the chapter 7 proceeding.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 16, 2025**
*Date*

**/s/ Thomas J. Frank**
**Thomas J. Frank**
*Signature of Attorney*
**The Frank Law Firm P.C.**
**71 New Street**
**Huntington, NY 11743**
**Ph: (516) 246-5577 Fax: (516) 246-5597**
**thomas@frankfirmpc.com**
*Name of law firm*

# United States Bankruptcy Court
## Southern District of New York

In re **Jacob Tauber** Debtor(s)

Case No.
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **November 16, 2025**

**/s/ Jacob Tauber**
**Jacob Tauber**
Signature of Debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com 

1 Sharpe Opportunity Intermedi
370 Highland Avenue
Suite 200
Oakland, CA 94611

1028 Broad LLC
8 Amanda Court
Monsey, NY 10952

245 Springfield LLC
8 Amanda Court
Monsey, NY 10952

41 S Parker LLC
8 Amanda Court
Monsey, NY 10952

8 Nancy Lane LLC
8 Nancy Lane
Spring Valley, NY 10977

Ally Financial, Inc.
Attn: Bankruptcy
P.O. Box 380901
Bloomington, IL 55438

American Express
Correspondence/Bankruptcy
P.O. Box 981535
El Paso, TX 79998

Ariel Stern
139 Fulton Street
Suite 300
New York, NY 10038

Ballard Spahr LLP
700 East Gate Drive
Suite 330
Mount Laurel, NJ 08054

Bergen Lofts LLC
8 Amanda Court
Monsey, NY 10952

Berkovitch & Bouskila
1545 U.S. 202
Suite 101
Pomona, NY 10970

Bracha E. Tauber
8 Amanda Court
Monsey, NY 10952

Branford Holdings LLC
24 Commerce Street
Suite 1501
Newark, NJ 07102

Broad Green LLC
8 Amanda Court
Monsey, NY 10952

Building 5th LLC
24 Commerce Street
Suite 1501
Newark, NJ 07102

Building 5th Urban Renewa
50 Washington Street
Hoboken, NJ 07030

Citibank, N.A.
5800 South Corporate Pl.
Sioux Falls, SD 57108

Crosscountry Mortgage LLC
2900 Westchester Avenue
Suite 202
Purchase, NY 10577

Crosscountry Mortgage LLC
1 Corporate Drive
Suite 360
Lake Zurich, IL 60047

Dalia Levine, Esq.
1274 49th Street
Suite 164
Brooklyn, NY 11219

Empire YRB LLC
461 Van Brunt Street
Brooklyn, NY 11231

Eva Galpern Ret. Plan
139 Fulton Street
Suite 300
New York, NY 10038

FDF 2 LLC
900 C. Lake Street #11
Ramsey, NJ 07446

FDF 3 LLC
900 C. Lake Street #11
Ramsey, NJ 07446

Friedman Vartolo LLP
85 Broad Street
Suite 501
New York, NY 10004

FTF Lending LLC
1300 East Ninth Street
Suite 1400
Cleveland, OH 44114

High Five Group LLC
461 Van Brunt Street
Brooklyn, NY 11231

Hodgson Russ LLP
25 Main Street
Suite 605
Hackensack, NJ 07601

HOF 1 Grantor Trust 5
190 South LaSalle Street
Suite 2400
Chicago, IL 60603

Internal Revenue Service
P.O. Box 80110
Cincinnati, OH 45280

Jacobwitz Newman Tversky
377 Pearsall Avenue
Suite C
Cedarhurst, NY 11516

Jonathan Stern
139 Fulton Street
Suite 300
New York, NY 10038

JPMorgan Chase Bank, N.A.
MailCode LA4-7100
700 Kansas Lane
Monroe, LA 71203

M.P. Management LLC
1274 49th Street
Suite 175
Brooklyn, NY 11219

Marc Wohlgemuth & Assoc.
21 Remsen Avenue
Suite 301
Monsey, NY 10952

McMichael Taylor Gray, LL
3550 Engineering Drive
Suite 260
Norcross, GA 30092

McMichael Taylor Gray, LL
3275 W. Hillsboro Blvd.
Suite 312
Deerfield Beach, FL 33442

MFRA Trust 2016-1
350 Park Avenue
20th Floor
New York, NY 10022

Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

MT Prospect Lofts, LLC
900C Lake Street
Suite 11
Ramsey, NJ 07446

New West 1 LLC
8 Amanda Court
Monsey, NY 10952

Newark 7th LLC
8 Amanda Court
Monsey, NY 10952

NewRez LLC
601 Office Center Dr
Fort Washington, PA 19034

Nexus Capital Investments
2233 Nostrand Avenue
Suite 3
Brooklyn, NY 11210

NJ First Data Filing LLC
900C Lake Street, Suite 11
Ramsey, NJ 07446

NMAC
Attn: Bankruptcy
P.O. Box 660360
Dallas, TX 75266

Normandy Capital Trust
15 Maple Street
Second Floor West
Summit, NJ 07901

NY Ave Lofts LLC
8 Amanda Court
Monsey, NY 10952

Offit Kurman, P.A.
590 Madison Avenue
6th Floor
New York, NY 10022

Park National Capital
1 Stone Place
Suite 200
Bronxville, NY 10708

Plaza Gardens LLC
One University Plaza
Suite 507
Hackensack, NJ 07601

Polsinelli OC
900 West 48th Place
Suite 900
Kansas City, MO 64112

Portfolio Recovery Associates
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

PS Funding, Inc.
2121 Park Place
Suite 250
El Segundo, CA 90245

Quadrant Mezz Fund, LLP
8333 Douglas Avenue
Suite 900
Dallas, TX 75225

Roach & Lin P.C.
6851 Jericho Turnpike
Suite 185
Syosset, NY 11791

Rubin & Rothman LLC
1787 Veterans Highway
Islandia, NY 11749

Select Portfolio Servicing
Attn: Bankruptcy
P.O. Box 65250
Salt Lake City, UT 84165

Springfield Renaissance
10 Mechanic Street
Suite 130
Red Bank, NJ 07701

Tae H. Wang, Esq.
185 Bridge Plaza N.
Suite 201
Fort Lee, NJ 07024

TBG Funding LLC
c/o The Battery Group LLC
3839 Flatlands Avenue Suite 201
Brooklyn, NY 11234

Toyota Financial Services
Attn: Bankruptcy
P.O. Box 259001
Plano, TX 75025

Wilmington Trust, N.A.
350 Park Avenue
New York, NY 10022