**Fill in this information to identify your case and this filing:**

Debtor 1: **Jacob Tauber**
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number **25-23107**

☒ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

**12/15**

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes. Where is the property?

1.1

**12 Louis Road**
Street address, if available, or other description

**New City** **NY** **10956-0000**
City State ZIP Code

**Rockland**
County

**What is the property?** Check all that apply

☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$716,000.00** | **$716,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Tenants by the Entirety**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number *(if known)* **25-23107**

**If you own or have more than one, list here:**

1.2

**5 Eros Drive**
Street address, if available, or other description

**Monsey** **NY** **10952-0000**
City State ZIP Code

**Rockland**
County

**What is the property?** Check all that apply

- ☒ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$806,000.00** | **$806,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Tenants by the Entirety**

☐ **Check if this is community property** (see instructions)

---

**If you own or have more than one, list here:**

1.3

**Hamoah Hashlishit Street 3**
Street address, if available, or other description

**Jerusalem** **IL**
City State ZIP Code

County

**What is the property?** Check all that apply

- ☒ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,600,000.00** | **$1,600,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................................=>** **$3,122,000.00**

**Part 2:** **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☒ No
- ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number *(if known)* **25-23107**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☒ Yes

4.1 Make: **Polaris**
Model: **Sportsman**
Year: **2016**
Other information:
**ATV**

**Who has an interest in the property?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$4,500.00** | **$4,500.00** |

5 **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................................=>** **$4,500.00**

**Part 3:** **Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☒ Yes. Describe.....

**Used household goods and furnishings** **$2,500.00**

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☒ Yes. Describe.....

**Used personal electronics** **$1,500.00**

8. **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☒ No
☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☒ No
☐ Yes. Describe.....

10. **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☒ No
☐ Yes. Describe.....

11. **Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☒ Yes. Describe.....

**Used wearing apparel** **$1,500.00**

12. **Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
☒ Yes. Describe.....

**Piaget Polo Skeleton watch** **$32,000.00**


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number *(if known)* **25-23107**

| | |
|---|---|
| **Baume & Mercier Riviera 10660 watch** | **$3,200.00** |

13. **Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☒ No
☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
☒ No
☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................ **$40,700.00**

**Part 4:** **Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?** — **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☒ No
☐ Yes..................................................................................................................

17. **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
☒ Yes....................... Institution name:

| | Institution name | Value |
|---|---|---|
| 17.1. | **Capital One Bank, N.A. Account Ending in 6697** | **$12.20** |

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
☒ No
☐ Yes................. Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
☒ Yes. Give specific information about them...................

| Name of entity: | % of ownership: | Value |
|---|---|---|
| **Maplewood Funding LLC** | % | **Unknown** |
| **Vivo Builders LLC** | **100** % | **Unknown** |
| **Zidders LLC** | % | **Unknown** |
| **708 Springfield LLC** | **50** % | **Unknown** |
| **852 16th LLC** | **50** % | **Unknown** |
| **CYT Holdings LLC** | **100** % | **Unknown** |
| **Newark 7th LLC** | **100** % | **Unknown** |
| **NJ First Data Filing LLC** | **100** % | **Unknown** |
| **MT Prospect Lofts LLC** | **100** % | **Unknown** |
| **5 Stillo LLC** | **100** % | **Unknown** |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number *(if known)* **25-23107**

| | | |
|---|---|---|
| **24 Commerce Holdings LLC** | **100** % | **Unknown** |
| **24 Commerce LLC** | **100** % | **Unknown** |
| **24 Commerce LLC (Delaware entity)** | **100** % | **Unknown** |
| **24 Commerce Owner Inc.** | **100** % | **Unknown** |
| **24 Commerce Street Holdings LLC** | % | **Unknown** |
| **24 Commerce Street LLC** | **100** % | **Unknown** |
| **72 Willoughby ST LLC** | **100** % | **Unknown** |
| **76 Mission ST LLC** | **50** % | **Unknown** |
| **78 Chelsa LLC** | **100** % | **Unknown** |
| **92-96 N6 LLC** | **100** % | **Unknown** |
| **106 South 7 LLC (NJ Entity)** | **100** % | **Unknown** |
| **114 Garside ST LLC** | **100** % | **Unknown** |
| **173 3rd ST LLC** | **100** % | **Unknown** |
| **176-179 Parker Street LLC** | **100** % | **Unknown** |
| **245 Springfield LLC** | **100** % | **Unknown** |
| **Springfield Renaissance LLC (wholly owned by 245 Springfield LLC)** | % | **Unknown** |
| **247 Stuyvesant Ave LLC** | **100** % | **Unknown** |
| **352 South 10 St LLC** | **100** % | **Unknown** |
| **364 S. Orange Ave LLC** | **100** % | **Unknown** |
| **395-397 Clinton LLC** | **100** % | **Unknown** |
| **442 South 19 LLC** | **100** % | **Unknown** |
| **510 South 15 LLC** | **100** % | **Unknown** |
| **540 Central LLC** | **100** % | **Unknown** |
| **600 South 20 LLC** | **100** % | **Unknown** |
| **605 Broad ST LLC** | **100** % | **Unknown** |
| **698 MLK BLVD LLC** | **100** % | **Unknown** |
| **705 N Ave LLC** | **100** % | **Unknown** |
| **708 Springfield LLC** | **50** % | **Unknown** |
| **750 Bergen St LLC** | **100** % | **Unknown** |
| **755-759 South Orange Avenue LLC** | **100** % | **Unknown** |
| **770 MT Prospect LLC** | % | **Unknown** |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| **900 Broad St LLC** | **100** | % | **Unknown** |
| **1021 NC LLC** | **100** | % | **Unknown** |
| **1028 Broad LLC** | **100** | % | **Unknown** |
| **1129-1135 South Orange Ave LLC** | **100** | % | **Unknown** |
| **1457 Realty LLC** | **100** | % | **Unknown** |
| **Bellaire Place Holdings LLC** | **100** | % | **Unknown** |
| **Bergen Lofts LLC** | **100** | % | **Unknown** |
| **Blum Properties LLC** | **100** | % | **Unknown** |
| **Branford Holdings LLC** | **100** | % | **Unknown** |
| **Broad Commons LLC** | **100** | % | **Unknown** |
| **Broad Green LLC** | **100** | % | **Unknown** |
| **Broad Prospect LLC** | **100** | % | **Unknown** |
| **Building 5th Renewal LLC f/k/a Building 5th LLC** | **100** | % | **Unknown** |
| **Building 21st LLC** | | % | **Unknown** |
| **Catalyst Lounge LLC** | **100** | % | **Unknown** |
| **Central Lofts LLC** | **100** | % | **Unknown** |
| **CYT Holdings LLC** | **100** | % | **Unknown** |
| **FDF 12 Louis RD LLC** | **49** | % | **Unknown** |
| **FDF Global LLC** | **100** | % | **Unknown** |
| **FDF P1 LLC** | **100** | % | **Unknown** |
| **FDF P2 LLC** | **100** | % | **Unknown** |
| **Lake Investements LLC** | **100** | % | **Unknown** |
| **Lake P1 LLC** | **100** | % | **Unknown** |
| **Lake P2 LLC** | **100** | % | **Unknown** |
| **Lake Properties 101 LLC** | **100** | % | **Unknown** |
| **Lake Properties 103 LLC** | **100** | % | **Unknown** |
| **Liquor 24 LLC** | **100** | % | **Unknown** |
| **New West 1 LLC** | **100** | % | **Unknown** |
| **Newark 7th LLC** | **100** | % | **Unknown** |
| **Newark PP4 LLC** | **50** | % | **Unknown** |
| **Newark PP5 LLC** | **50** | % | **Unknown** |
| **Newark PP6 LLC** | **50** | % | **Unknown** |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number *(if known)* **25-23107**

| | | |
|---|---|---|
| **Newark Vision Properties LLC** | **50** % | **Unknown** |
| **NJ First Data Filing LLC** | **100** % | **Unknown** |
| **NMFI 698-700 MLK LLC** | **100** % | **Unknown** |
| **NY Ave Lofts LLC** | **100** % | **Unknown** |
| **Seven Spot LLC** | **100** % | **Unknown** |
| **South Orange & Grove LLC** | **100** % | **Unknown** |
| **Structure Security LLC** | **100** % | **Unknown** |
| **Vivo Management LLC** | **50** % | **Unknown** |
| **Vivo Protech LLC** | **100** % | **Unknown** |
| **Vivo Staffing LLC** | **100** % | **Unknown** |
| **605 Broad Urban Renewal LLC f/k/a 605 Broad St. LLC** | **100** % | **Unknown** |
| **FDF 4 LLC** | **100** % | **Unknown** |
| **FDF 2 LLC** | % | **Unknown** |
| **FDF 3 LLC** | **100** % | **Unknown** |
| **FDF P3 LLC** | % | **Unknown** |
| **FDF Holdings LLC** | **100** % | **Unknown** |
| **Branford Holdings LLC** | **100** % | **Unknown** |
| **395-397 Clinton LLC** | **100** % | **Unknown** |
| **1129-1135 South Orange Ave LLC** | **100** % | **Unknown** |
| **Building 5th Urban Renewal LLC** | % | **Unknown** |
| **Springfield Renaissance, LLC** | % | **Unknown** |
| **New West 1 LLC** | **100** % | **Unknown** |
| **Broad Green LLC** | **100** % | **Unknown** |
| **1028 Broad LLC** | **100** % | **Unknown** |
| **8 Nancy Lane LLC** | **100** % | **Unknown** |
| **Lake Properties 102 LLC** | **100** % | **Unknown** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
☒ No
☐ Yes. Give specific information about them

Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☒ No
☐ Yes. List each account separately.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Type of account: Institution name:

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☒ No
☐ Yes. .................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
☒ No
☐ Yes............ Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☒ No
☐ Yes............ Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☒ No
☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☒ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☒ No
☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
☒ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☒ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
☒ No
☐ Yes. Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☒ No
☐ Yes. Name the insurance company of each policy and list its value.
Company name: Beneficiary: Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☒ No
☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☐ No
☒ Yes. Describe each claim.........


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number *(if known)* **25-23107**

| | |
|---|---|
| **Claims for breach of contract and related relief against Empire YRB LLC, BBF Partners LLC, and High Five Group LLC relating to the real properties known as (i) 35-57 Branford Place, Newark, New Jersey 07102; (ii) 193-197 Halsey Street, Newark, New Jersey 07102; (iii) 395-397 Clinton Avenue, Newark, New Jersey 07108; (iv) 1129 S. Orange Avenue, Newark, New Jersey 07108; and (v) Camfield Court, Newark, New Jersey** | **Unknown** |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☒ No
☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
☒ No
☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.........................................................................................................................** **$12.20**

**Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
☒ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
☒ No
☐ Yes. Describe.....

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☒ No
☐ Yes. Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☒ No
☐ Yes. Describe.....

41. **Inventory**
☒ No
☐ Yes. Describe.....

42. **Interests in partnerships or joint ventures**
☒ No
☐ Yes. Give specific information about them...................
Name of entity: % of ownership:

43. **Customer lists, mailing lists, or other compilations**
☒ No.
☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☒ No
☐ Yes. Describe.....

44. **Any business-related property you did not already list**
☐ No


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number *(if known)* **25-23107**

☒ Yes. Give specific information.........

| | |
|---|---|
| **JPMorgan Chase Bank, N.A.**<br>**Checking Account No. Ending in 5083**<br>**Account Holder: FDF Foundation Corp.** | **$250.00** |
| **JPMorgan Chase Bank, N.A.**<br>**Account No. Ending in 6136**<br>**Account Holder: FDF Holdings LLC** | **$120.00** |
| **JPMorgan Chase Bank, N.A.**<br>**Checking Account No. Ending in 0232**<br>**Account Holder: 1021 NC LLC** | **$1.00** |
| **JPMorgan Chase Bank, N.A.**<br>**Checking Account No. Ending in 6206**<br>**Account Holder: Vivo Management LLC** | **$1.90** |
| **JPMorgan Chase Bank, N.A.**<br>**Checking Account No. Ending in 2553**<br>**Account Holder: Vivo Management LLC** | **$0.07** |
| **JPMorgan Chase Bank, N.A.**<br>**Checking Account No. Ending in 0109**<br>**Account Holder: Structure Security LLC** | **$0.00** |
| **JPMorgan Chase Bank, N.A.**<br>**Checking Account No. Ending in 2538**<br>**Account Holder: Vivo Management LLC** | **$213.00** |
| **JPMorgan Chase Bank, N.A.**<br>**Checking Account No. Ending in 1609**<br>**Account Holder: Vivo Management LLC** | **$19,940.08** |
| **JPMorgan Chase Bank, N.A.**<br>**Checking Account No. Ending in 2258**<br>**Account Holder: Vivo Management LLC** | **$1,060.00** |
| **JPMorgan Chase Bank, N.A.**<br>**Checking Account No. Ending in 9216**<br>**Account Holder: Vivo Staffing LLC** | **$2.64** |
| **JPMorgan Chase Bank, N.A.**<br>**Checking Account No. Ending in 6653**<br>**Account Holder: FDF Holdings LLC** | **$0.00** |

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.....................................................................................................................** **$21,588.69**

## Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.

If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☒ No. Go to Part 7.
☐ Yes. Go to line 47.

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☒ No
☐ Yes. Give specific information.........



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor 1 **Jacob Tauber** Case number *(if known)* **25-23107**

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................... **$0.00**

**Part 8: List the Totals of Each Part of this Form**

| | | | |
|---|---|---|---|
| 55. **Part 1: Total real estate, line 2** | | | **$3,122,000.00** |
| 56. **Part 2: Total vehicles, line 5** | **$4,500.00** | | |
| 57. **Part 3: Total personal and household items, line 15** | **$40,700.00** | | |
| 58. **Part 4: Total financial assets, line 36** | **$12.20** | | |
| 59. **Part 5: Total business-related property, line 45** | **$21,588.69** | | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | | |
| 61. **Part 7: Total other property not listed, line 54** | + **$0.00** | | |
| 62. **Total personal property.** Add lines 56 through 61... | **$66,800.89** | Copy personal property total | **$66,800.89** |
| 63. **Total of all property on Schedule A/B**. Add line 55 + line 62 | | | **$3,188,800.89** |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of New York

In re **Jacob Tauber** Debtor(s)

Case No. **25-23107**
Chapter **7**

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing Schedule A/B, consisting of **11** page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date February 13, 2026

Signature s/Jacob Tauber
**Jacob Tauber**
Debtor 1

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com