R3M LAW, LLP
437 Madison Avenue, 24th Floor
New York, NY 10022
646.453.7851
Howard P. Magaliff

*Attorneys for Howard P. Magaliff, Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 7 |
| JACOB TAUBER, | : | Case No. 25-23107 (SHL) |
| | : | |
| Debtor. | : | |

**NOTICE OF CHAPTER 7 TRUSTEE'S INTENT TO**
**ABANDON PROPERTY OF THE BANKRUPTCY ESTATE**

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that in accordance with 11 U.S.C. § 554(a) and Rule 6007 of the Federal Rules of Bankruptcy Procedure, Howard P. Magaliff, the chapter 7 trustee (the "Trustee") of the estate of Jacob Tauber (the "Debtor"), intends to abandon the estate's right, title and interest in a Piaget Polo Skelton Watch (the "Watch"). The Trustee received several offers for the Watch, none of which exceeded the Debtor's claimed exempt amount of the value of the Watch. The Trustee has therefore determined in the exercise of his business judgment that there is no value in the Watch to administer for the benefit of creditors.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Trustee's proposed abandonment of the Watch must be in writing and filed with the United States Bankruptcy Court for the Southern District of New York, with a copy to (i) the Hon. Sean H. Lane, United States Bankruptcy Court, 300 Quarropas Street, White Plains, NY 10601; (ii) Howard P. Magaliff, Trustee, R3M Law, LLP, 437 Madison Avenue, 24th Floor, New York, NY 10022, and (iii) the Office of the United States Trustee, Alexander Hamilton Custom House, One Bowling

Green, Suite 534, New York, NY 10004, Attn: Paul Schwartzberg, Esq. so as to actually be received by no later than **5:00 p.m. on April 29, 2026** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if any objections are timely filed, a hearing to consider such objections may be scheduled by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that if no objections are received by the Objection Deadline, the abandonment of the Property will be effective as of **12:01 a.m. on April 29, 2026** without further notice or order of the Bankruptcy Court in accordance with applicable bankruptcy law.

Dated: New York, New York
April 14, 2026

R3M LAW, LLP
Attorneys for the Trustee
By:

/s/ Howard P. Magaliff
HOWARD P. MAGALIFF
437 Madison Avenue, 24th Floor
New York, NY 10022
646.453.7851
*hmagaliff@r3mlaw.com*