# EXHIBIT A

FILED: ROCKLAND COUNTY CLERK 10/30/2024 09:00 AM
NYSCEF DOC. NO. 156 RECEIVED NYSCEF: 11/04/2024

FILED BH

OCT 30 2024

ROCKLAND COUNTY CLERK'S OFFICE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND

TBG FUNDING LLC,

Plaintiff,

-against-

245 SPRINGFIELD LLC, SPRINGFIELD RENAISSANCE, LLC, NY AVE LOFTS LLC, NEW WEST 1 LLC, BROAD GREEN LLC and JACOB TAUBER,

Defendants.

Index No.: 031403/2024

**[~~PROPOSED~~] JUDGMENT AGAINST DEFENDANTS NEW WEST 1 LLC AND JACOB TAUBER**

**WHEREAS**, Plaintiff TBG Funding LLC ("**Plaintiff**") having moved (NYSCEF Doc. Nos. 1-44) ("**Motion**"), pursuant to Civil Practice Laws and Rules ("**CPLR**") § 3213, for summary judgment in lieu of complaint to recognize and enforce the following unsatisfied money judgments entered in favor of Plaintiff in the Superior Court of New Jersey, Essex County: (i) a judgment, in the amount of $3,833,913.48, entered on May 8, 2023 against Defendants 245 Springfield LLC, Springfield Renaissance, LLC and Jacob Tauber; (ii) a judgment, in the amount of $1,166,222.31, entered on February 22, 2023 against Defendants NY Ave Lofts LLC and Jacob Tauber; (iii) a judgment, in amount of $2,083,117.33, entered on March 16, 2023 against Defendants New West 1 LLC and Jacob Tauber; and (iv) a judgment, in the amount of $8,247,642.36, entered on February 13, 2023 against Defendants Broad Green LLC and Jacob Tauber, all of which *plus* interest, pursuant to N.J. Ct. R, R. 4:42-11(a)(ii) and (iii); and

**WHEREAS**, Plaintiff's Motion having been duly served upon Defendants Jacob Tauber, 245 Springfield LLC, Springfield Renaissance, LLC, NY Ave Lofts LLC, New West 1 LLC and Broad Green LLC (collectively, "**Defendants**"); and

#13362152v1\030693\0001

FILED: ROCKLAND COUNTY CLERK 10/30/2024 09:00 AM
NYSCEF DOC. NO. 156 RECEIVED NYSCEF: 11/04/2024

**WHEREAS**, Defendants having appeared in this action and opposed (NYSCEF Doc. Nos. 113-114) Plaintiff's Motion; and

**WHEREAS**, Plaintiff having filed and served a reply in further support of the Motion (NYSCEF Doc. No. 115); and

**WHEREAS**, this Court, by *Decision and Order* of the Hon. Sherri L. Eisenpress, dated September 25, 2024, entered by the Clerk on September 26, 2024 (NYSCEF Doc. No. 123), having granted Plaintiff's Motion in its entirety and "directed [the Clerk] to enter the following money judgments:

i. against Defendants 245 Springfield LLC, Springfield Renaissance, LLC and Jacob Tauber (collectively, "Springfield Defendants"), jointly and severally, in the principal amount of $3,833,913.48, plus interest accruing from May 8, 2023 through December 31, 2023 at the rate of 2.25% and from January 1, 2024 through the entry of judgment at the rate of 5.5%, based upon an unsatisfied judgment, in the same amount, issued on May 8, 2023 in favor of Plaintiff and against the Springfield Defendants in the Superior Court of New Jersey, Essex County ("NJ Superior Court");

ii. against Defendants NY Ave Lofts LLC and Jacob Tauber (collectively, "NY Lofts Defendants"), jointly and severally, in the principal amount of $1,166,222.31, plus interest accruing from February 22, 2023 through December 31, 2023 at the rate of 2.25% and from January 1, 2024 through the entry of judgment at the rate of 5.5%, based upon an unsatisfied judgment, in the same amount, issued on February 22, 2023 in favor of Plaintiff and against the NY Lofts Defendants in the NJ Court;

iii. against Defendants New West 1 LLC and Jacob Tauber (collectively "New West Defendants"), jointly and severally, in the principal amount of $2,083,117.33, plus interest accruing from March 16, 2023 through December 31, 2023 at the rate of 2.25% and from January 1, 2024 through the entry of judgment at the rate of 5.5%, based upon an unsatisfied judgment, in the same amount, issued on March 16, 2023 in favor of Plaintiff and against the New West Defendants in NJ Superior Court [**the judgment to be adjudged herein**];

iv. against Defendants Broad Green LLC and Jacob Tauber (collectively, "Broad Green Defendants"), jointly and severally, in the principal amount of $8,247,642.36, plus interest accruing from February 13, 2023 through December 31, 2023 at the rate of 2.25% and from January 1, 2024 through the entry of judgment at the rate of 5.5%, based upon an unsatisfied judgment, in the

#13362152v1\030693\0001

FILED: ROCKLAND COUNTY CLERK 10/30/2024 09:00 AM


same amount, issued on February 13, 2023 in favor of Plaintiff and against the Broad Green Defendants in the NJ Superior Court; and

v. awarding Plaintiff the costs and disbursements of this action as taxed by the Clerk;"

**NOW**, upon the motion of Morrison Cohen LLP, counsel for Plaintiff, it is hereby

**ADJUDGED** that Plaintiff TBG Funding LLC, having an address at 661 Central Avenue, Suite 201, Cedarhurst, New York 11516, have judgment and recover against Defendants New West 1 LLC and Jacob Tauber, having a last known address at 8 Amanda Court, Airmont, New York 10952, jointly and severally, in the principal amount of $2,083,117.33, *plus* interest accruing from March 16, 2023 through December 31, 2023 at the rate of 2.25% per annum and from January 1, 2024 through the entry of judgment at the rate of 5.5% per annum, in the amount of 132,110.19, *plus* costs and disbursements of 126.25 as duly taxed by the Clerk of this Court, for a total judgment of 2,215353.77 (exclusive of interest accruing after the entry of judgment), and that Plaintiff have execution thereon.

Judgment signed this 30 day of Oct, 2024.

DONNA G. SILBERMAN
ROCKLAND COUNTY CLERK

Donna Silberman

CLERK OF THE COURT

#13362152v1\030693\0001

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND

TBG FUNDING LLC,

Plaintiff,

-against-

245 SPRINGFIELD LLC, SPRINGFIELD RENAISSANCE, LLC, NY AVE LOFTS LLC, NEW WEST 1 LLC, BROAD GREEN LLC and JACOB TAUBER,

Defendants.

Index No.: 031403/2024

**BILL OF COSTS**

**COSTS:**

| | |
|---|---|
| Costs before Note of Issue: | $200.00 |

**DISBURSEMENTS:**

| | |
|---|---|
| Fee for Index Number: | $210.00 |
| Request for Judicial Intervention: | $95.00 |
| TOTAL COSTS AND DISBURSEMENTS: | $505.00 |

Divided by 4 Judgment[s]
$126.25 each

#13361041v1\030693\0001

## ATTORNEY AFFIRMATION

Y. David Scharf, an attorney duly admitted to practice law in the State of New York, affirms the following under penalty of perjury:

1. I am a member of Morrison Cohen LLP, attorneys for Plaintiff TBG Funding LLC ("**Plaintiff**") in this action.

2. The foregoing costs and disbursements are true and correct to the best of my knowledge and belief, and have been made or will necessarily be made or incurred in this action and are reasonable in amount.

Dated: New York, New York
October 30, 2024

/s/ Y. David Scharf
Y. David Scharf
Heath D. Rosenblat
Alexander R. Yarm
MORRISON COHEN LLP
909 Third Avenue
New York, New York 10022
(212) 735-8600
dscharf@morrisoncohen.com
hrosenblat@morrisoncohen.com
ayarm@morrisoncohen.com

*Attorneys for Plaintiff TBG Funding LLC*

#13361041v1\030693\0001

# EXHIBIT B

FILED BH
OCT 30 2024
ROCKLAND COUNTY CLERK'S OFFICE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND

TBG FUNDING LLC,

Plaintiff,

-against-

245 SPRINGFIELD LLC, SPRINGFIELD RENAISSANCE, LLC, NY AVE LOFTS LLC, NEW WEST 1 LLC, BROAD GREEN LLC and JACOB TAUBER,

Defendants.

Index No.: 031403/2024

**[~~PROPOSED~~] JUDGMENT AGAINST DEFENDANTS NY AVE LOFTS LLC AND JACOB TAUBER**

**WHEREAS**, Plaintiff TBG Funding LLC ("**Plaintiff**") having moved (NYSCEF Doc. Nos. 1-44) ("**Motion**"), pursuant to Civil Practice Laws and Rules ("**CPLR**") § 3213, for summary judgment in lieu of complaint to recognize and enforce the following unsatisfied money judgments entered in favor of Plaintiff in the Superior Court of New Jersey, Essex County: (i) a judgment, in the amount of $3,833,913.48, entered on May 8, 2023 against Defendants 245 Springfield LLC, Springfield Renaissance, LLC and Jacob Tauber; (ii) a judgment, in the amount of $1,166,222.31, entered on February 22, 2023 against Defendants NY Ave Lofts LLC and Jacob Tauber; (iii) a judgment, in amount of $2,083,117.33, entered on March 16, 2023 against Defendants New West 1 LLC and Jacob Tauber; and (iv) a judgment, in the amount of $8,247,642.36, entered on February 13, 2023 against Defendants Broad Green LLC and Jacob Tauber, all of which *plus* interest, pursuant to N.J. Ct. R, R. 4:42-11(a)(ii) and (iii); and

**WHEREAS**, Plaintiff's Motion having been duly served upon Defendants Jacob Tauber, 245 Springfield LLC, Springfield Renaissance, LLC, NY Ave Lofts LLC, New West 1 LLC and Broad Green LLC (collectively, "**Defendants**"); and

#13360287v1\030693\0001

**WHEREAS**, Defendants having appeared in this action and opposed (NYSCEF Doc. Nos. 113-114) Plaintiff's Motion; and

**WHEREAS**, Plaintiff having filed and served a reply in further support of the Motion (NYSCEF Doc. No. 115); and

**WHEREAS**, this Court, by *Decision and Order* of the Hon. Sherri L. Eisenpress, dated September 25, 2024, entered by the Clerk on September 26, 2024 (NYSCEF Doc. No. 123), having granted Plaintiff's Motion in its entirety and "directed [the Clerk] to enter the following money judgments:

i. against Defendants 245 Springfield LLC, Springfield Renaissance, LLC and Jacob Tauber (collectively, "Springfield Defendants"), jointly and severally, in the principal amount of $3,833,913.48, plus interest accruing from May 8, 2023 through December 31, 2023 at the rate of 2.25% and from January 1, 2024 through the entry of judgment at the rate of 5.5%, based upon an unsatisfied judgment, in the same amount, issued on May 8, 2023 in favor of Plaintiff and against the Springfield Defendants in the Superior Court of New Jersey, Essex County ("NJ Superior Court");

ii. against Defendants NY Ave Lofts LLC and Jacob Tauber (collectively, "NY Lofts Defendants"), jointly and severally, in the principal amount of $1,166,222.31, plus interest accruing from February 22, 2023 through December 31, 2023 at the rate of 2.25% and from January 1, 2024 through the entry of judgment at the rate of 5.5%, based upon an unsatisfied judgment, in the same amount, issued on February 22, 2023 in favor of Plaintiff and against the NY Lofts Defendants in the NJ Court [**the judgment to be adjudged herein**];

iii. against Defendants New West 1 LLC and Jacob Tauber (collectively "New West Defendants"), jointly and severally, in the principal amount of $2,083,117.33, plus interest accruing from March 16, 2023 through December 31, 2023 at the rate of 2.25% and from January 1, 2024 through the entry of judgment at the rate of 5.5%, based upon an unsatisfied judgment, in the same amount, issued on March 16, 2023 in favor of Plaintiff and against the New West Defendants in NJ Superior Court;

iv. against Defendants Broad Green LLC and Jacob Tauber (collectively, "Broad Green Defendants"), jointly and severally, in the principal amount of $8,247,642.36, plus interest accruing from February 13, 2023 through December 31, 2023 at the rate of 2.25% and from January 1, 2024 through the entry of judgment at the rate of 5.5%, based upon an unsatisfied judgment, in the same

amount, issued on February 13, 2023 in favor of Plaintiff and against the Broad Green Defendants in the NJ Superior Court; and

v. awarding Plaintiff the costs and disbursements of this action as taxed by the Clerk;"

**NOW**, upon the motion of Morrison Cohen LLP, counsel for Plaintiff, it is hereby

**ADJUDGED** that Plaintiff TBG Funding LLC, having an address at 661 Central Avenue, Suite 201, Cedarhurst, New York 11516, have judgment and recover against Defendants NY Ave Lofts LLC and Jacob Tauber, having a last known address at 8 Amanda Court, Airmont, New York 10952, jointly and severally, in the principal amount of $1,166,222.31, *plus* interest accruing from February 22, 2023 through December 31, 2023 at the rate of 2.25% per annum and from January 1, 2024 through the entry of judgment at the rate of 5.5% per annum, in the amount of 129,465.82, *plus* costs and disbursements of 126.25 as duly taxed by the Clerk of this Court, for a total judgment of 1,295,814.38 (exclusive of interest accruing after the entry of judgment), and that Plaintiff have execution thereon.

Judgment signed this 30th day of Oct, 2024.

DONNA G. SILBERMAN
ROCKLAND COUNTY CLERK

Donna Silberman

CLERK OF THE COURT

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND

| | |
|---|---|
| TBG FUNDING LLC,<br><br>Plaintiff,<br><br>-against-<br><br>245 SPRINGFIELD LLC, SPRINGFIELD RENAISSANCE, LLC, NY AVE LOFTS LLC, NEW WEST 1 LLC, BROAD GREEN LLC and JACOB TAUBER,<br><br>Defendants. | Index No.: 031403/2024<br><br>**BILL OF COSTS** |

**COSTS:**

| | |
|---|---|
| Costs before Note of Issue: | $200.00 |

**DISBURSESMENTS:**

| | |
|---|---|
| Fee for Index Number: | $210.00 |
| Request for Judicial Intervention: | $95.00 |
| | |
| TOTAL COSTS AND DISBURSEMENTS: | $505.00 |

Divided by 4 judgments
$ $126.25 each

#13361041v1\030693\0001

## ATTORNEY AFFIRMATION

Y. David Scharf, an attorney duly admitted to practice law in the State of New York, affirms the following under penalty of perjury:

1. I am a member of Morrison Cohen LLP, attorneys for Plaintiff TBG Funding LLC ("**Plaintiff**") in this action.

2. The foregoing costs and disbursements are true and correct to the best of my knowledge and belief, and have been made or will necessarily be made or incurred in this action and are reasonable in amount.

Dated: New York, New York
October 30, 2024

/s/ Y. David Scharf
Y. David Scharf
Heath D. Rosenblat
Alexander R. Yarm
MORRISON COHEN LLP
909 Third Avenue
New York, New York 10022
(212) 735-8600
dscharf@morrisoncohen.com
hrosenblat@morrisoncohen.com
ayarm@morrisoncohen.com

*Attorneys for Plaintiff TBG Funding LLC*

#13361041v1\030693\0001

# **EXHIBIT C**

FILED BH
OCT 30 2024
ROCKLAND COUNTY CLERK'S OFFICE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND

TBG FUNDING LLC,

Plaintiff,

-against-

245 SPRINGFIELD LLC, SPRINGFIELD RENAISSANCE, LLC, NY AVE LOFTS LLC, NEW WEST 1 LLC, BROAD GREEN LLC and JACOB TAUBER,

Defendants.

Index No.: 031403/2024

**~~[PROPOSED~~] JUDGMENT AGAINST DEFENDANTS BROAD GREEN LLC AND JACOB TAUBER**

**WHEREAS**, Plaintiff TBG Funding LLC (“**Plaintiff**”) having moved (NYSCEF Doc. Nos. 1-44) (“**Motion**”), pursuant to Civil Practice Laws and Rules (“**CPLR**”) § 3213, for summary judgment in lieu of complaint to recognize and enforce the following unsatisfied money judgments entered in favor of Plaintiff in the Superior Court of New Jersey, Essex County: (i) a judgment, in the amount of $3,833,913.48, entered on May 8, 2023 against Defendants 245 Springfield LLC, Springfield Renaissance, LLC and Jacob Tauber; (ii) a judgment, in the amount of $1,166,222.31, entered on February 22, 2023 against Defendants NY Ave Lofts LLC and Jacob Tauber; (iii) a judgment, in amount of $2,083,117.33, entered on March 16, 2023 against Defendants New West 1 LLC and Jacob Tauber; and (iv) a judgment, in the amount of $8,247,642.36, entered on February 13, 2023 against Defendants Broad Green LLC and Jacob Tauber, all of which *plus* interest, pursuant to N.J. Ct. R, R. 4:42-11(a)(ii) and (iii); and

**WHEREAS**, Plaintiff's Motion having been duly served upon Defendants Jacob Tauber, 245 Springfield LLC, Springfield Renaissance, LLC, NY Ave Lofts LLC, New West 1 LLC and Broad Green LLC (collectively, “**Defendants**”); and

#13360307v1\030693\0001

**WHEREAS,** Defendants having appeared in this action and opposed (NYSCEF Doc. Nos. 113-114) Plaintiff's Motion; and

**WHEREAS,** Plaintiff having filed and served a reply in further support of the Motion (NYSCEF Doc. No. 115); and

**WHEREAS,** this Court, by *Decision and Order* of the Hon. Sherri L. Eisenpress, dated September 25, 2024, entered by the Clerk on September 26, 2024 (NYSCEF Doc. No. 123), having granted Plaintiff's Motion in its entirety and "directed [the Clerk] to enter the following money judgments:

i. against Defendants 245 Springfield LLC, Springfield Renaissance, LLC and Jacob Tauber (collectively, "Springfield Defendants"), jointly and severally, in the principal amount of $3,833,913.48, plus interest accruing from May 8, 2023 through December 31, 2023 at the rate of 2.25% and from January 1, 2024 through the entry of judgment at the rate of 5.5%, based upon an unsatisfied judgment, in the same amount, issued on May 8, 2023 in favor of Plaintiff and against the Springfield Defendants in the Superior Court of New Jersey, Essex County ("NJ Superior Court");

ii. against Defendants NY Ave Lofts LLC and Jacob Tauber (collectively, "NY Lofts Defendants"), jointly and severally, in the principal amount of $1,166,222.31, plus interest accruing from February 22, 2023 through December 31, 2023 at the rate of 2.25% and from January 1, 2024 through the entry of judgment at the rate of 5.5%, based upon an unsatisfied judgment, in the same amount, issued on February 22, 2023 in favor of Plaintiff and against the NY Lofts Defendants in the NJ Court;

iii. against Defendants New West 1 LLC and Jacob Tauber (collectively "New West Defendants"), jointly and severally, in the principal amount of $2,083,117.33, plus interest accruing from March 16, 2023 through December 31, 2023 at the rate of 2.25% and from January 1, 2024 through the entry of judgment at the rate of 5.5%, based upon an unsatisfied judgment, in the same amount, issued on March 16, 2023 in favor of Plaintiff and against the New West Defendants in NJ Superior Court;

iv. against Defendants Broad Green LLC and Jacob Tauber (collectively, "Broad Green Defendants"), jointly and severally, in the principal amount of $8,247,642.36, plus interest accruing from February 13, 2023 through December 31, 2023 at the rate of 2.25% and from January 1, 2024 through the entry of judgment at the rate of 5.5%, based upon an unsatisfied judgment, in the same amount, issued on February 13, 2023 in favor of Plaintiff and against the Broad

Green Defendants in the NJ Superior Court [**the judgment to be adjudged herein**]; and

v. awarding Plaintiff the costs and disbursements of this action as taxed by the Clerk;"

**NOW**, upon the motion of Morrison Cohen LLP, counsel for Plaintiff, it is hereby

**ADJUDGED** that Plaintiff TBG Funding LLC, having an address at 661 Central Avenue, Suite 201, Cedarhurst, New York 11516, have judgment and recover against Defendants Broad Green LLC and Jacob Tauber, having a last known address at 8 Amanda Court, Airmont, New York 10952, jointly and severally, in the principal amount of $8,247,642.36, *plus* interest accruing from February 13, 2023 through December 31, 2023 at the rate of 2.25% per annum and from January 1, 2024 through the entry of judgment at the rate of 5.5% per annum, in the amount of 593,317.29, *plus* costs and disbursements of 126.25 as duly taxed by the Clerk of this Court, for a total judgment of 8,841,085.90 (exclusive of interest accruing after the entry of judgment), and that Plaintiff have execution thereon.

Judgment signed this 30th day of Oct., 2024. DONNA G. SILBERMAN
ROCKLAND COUNTY CLERK

Donna Silberman

CLERK OF THE COURT

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND

TBG FUNDING LLC,

Plaintiff,

-against-

245 SPRINGFIELD LLC, SPRINGFIELD RENAISSANCE, LLC, NY AVE LOFTS LLC, NEW WEST 1 LLC, BROAD GREEN LLC and JACOB TAUBER,

Defendants.

Index No.: 031403/2024

**BILL OF COSTS**

**COSTS:**

| | |
|---|---|
| Costs before Note of Issue: | $200.00 |

**DISBURSEMENTS:**

| | |
|---|---|
| Fee for Index Number: | $210.00 |
| Request for Judicial Intervention: | $95.00 |
| | |
| TOTAL COSTS AND DISBURSEMENTS: | $505.00 |

Divided by 4 Judgments
$126.25 each

#13361041v1\030693\0001

**ATTORNEY AFFIRMATION**

Y. David Scharf, an attorney duly admitted to practice law in the State of New York, affirms the following under penalty of perjury:

1. I am a member of Morrison Cohen LLP, attorneys for Plaintiff TBG Funding LLC ("**Plaintiff**") in this action.

2. The foregoing costs and disbursements are true and correct to the best of my knowledge and belief, and have been made or will necessarily be made or incurred in this action and are reasonable in amount.

Dated: New York, New York
October 30, 2024

/s/ Y. David Scharf
Y. David Scharf
Heath D. Rosenblat
Alexander R. Yarm
MORRISON COHEN LLP
909 Third Avenue
New York, New York 10022
(212) 735-8600
dscharf@morrisoncohen.com
hrosenblat@morrisoncohen.com
ayarm@morrisoncohen.com

*Attorneys for Plaintiff TBG Funding LLC*

#13361041v1\030693\0001

# EXHIBIT D

FILED: ROCKLAND COUNTY CLERK 10/30/2024 09:00 AM INDEX NO. 031403/2024
NYSCEF DOC. NO. 158 RECEIVED NYSCEF: 11/05/2024


FILED BH
OCT 30 2024
ROCKLAND COUNTY CLERK'S OFFICE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND

| | |
|---|---|
| TBG FUNDING LLC,<br><br>Plaintiff,<br><br>-against-<br><br>245 SPRINGFIELD LLC, SPRINGFIELD RENAISSANCE, LLC, NY AVE LOFTS LLC, NEW WEST 1 LLC, BROAD GREEN LLC and JACOB TAUBER,<br><br>Defendants. | Index No.: 031403/2024<br><br>**[~~PROPOSED~~] JUDGMENT AGAINST DEFENDANTS 245 SPRINGFIELD LLC, SPRINGFIELD RENAISSANCE, LLC AND JACOB TAUBER** |

**WHEREAS**, Plaintiff TBG Funding LLC ("**Plaintiff**") having moved (NYSCEF Doc. Nos. 1-44) ("**Motion**"), pursuant to Civil Practice Laws and Rules ("**CPLR**") § 3213, for summary judgment in lieu of complaint to recognize and enforce the following unsatisfied money judgments entered in favor of Plaintiff in the Superior Court of New Jersey, Essex County: (i) a judgment, in the amount of $3,833,913.48, entered on May 8, 2023 against Defendants 245 Springfield LLC, Springfield Renaissance, LLC and Jacob Tauber; (ii) a judgment, in the amount of $1,166,222.31, entered on February 22, 2023 against Defendants NY Ave Lofts LLC and Jacob Tauber; (iii) a judgment, in amount of $2,083,117.33, entered on March 16, 2023 against Defendants New West 1 LLC and Jacob Tauber; and (iv) a judgment, in the amount of $8,247,642.36, entered on February 13, 2023 against Defendants Broad Green LLC and Jacob Tauber, all of which *plus* interest, pursuant to N.J. Ct. R, R. 4:42-11(a)(ii) and (iii); and

**WHEREAS**, Plaintiff's Motion having been duly served upon Defendants Jacob Tauber, 245 Springfield LLC, Springfield Renaissance, LLC, NY Ave Lofts LLC, New West 1 LLC and Broad Green LLC (collectively, "**Defendants**"); and

#13359509v4\030693\0001

**WHEREAS**, Defendants having appeared in this action and opposed (NYSCEF Doc. Nos. 113-114) Plaintiff's Motion; and

**WHEREAS**, Plaintiff having filed and served a reply in further support of the Motion (NYSCEF Doc. No. 115); and

**WHEREAS**, this Court, by *Decision and Order* of the Hon. Sherri L. Eisenpress, dated September 25, 2024, entered by the Clerk on September 26, 2024 (NYSCEF Doc. No. 123), having granted Plaintiff's Motion in its entirety and "directed [the Clerk] to enter the following money judgments:

i. against Defendants 245 Springfield LLC, Springfield Renaissance, LLC and Jacob Tauber (collectively, "Springfield Defendants"), jointly and severally, in the principal amount of $3,833,913.48, plus interest accruing from May 8, 2023 through December 31, 2023 at the rate of 2.25% and from January 1, 2024 through the entry of judgment at the rate of 5.5%, based upon an unsatisfied judgment, in the same amount, issued on May 8, 2023 in favor of Plaintiff and against the Springfield Defendants in the Superior Court of New Jersey, Essex County ("NJ Superior Court") [**the judgment to be adjudged herein**];

ii. against Defendants NY Ave Lofts LLC and Jacob Tauber (collectively, "NY Lofts Defendants"), jointly and severally, in the principal amount of $1,166,222.31, plus interest accruing from February 22, 2023 through December 31, 2023 at the rate of 2.25% and from January 1, 2024 through the entry of judgment at the rate of 5.5%, based upon an unsatisfied judgment, in the same amount, issued on February 22, 2023 in favor of Plaintiff and against the NY Lofts Defendants in the NJ Court;

iii. against Defendants New West 1 LLC and Jacob Tauber (collectively "New West Defendants"), jointly and severally, in the principal amount of $2,083,117.33, plus interest accruing from March 16, 2023 through December 31, 2023 at the rate of 2.25% and from January 1, 2024 through the entry of judgment at the rate of 5.5%, based upon an unsatisfied judgment, in the same amount, issued on March 16, 2023 in favor of Plaintiff and against the New West Defendants in NJ Superior Court;

iv. against Defendants Broad Green LLC and Jacob Tauber (collectively, "Broad Green Defendants"), jointly and severally, in the principal amount of $8,247,642.36, plus interest accruing from February 13, 2023 through December 31, 2023 at the rate of 2.25% and from January 1, 2024 through the entry of judgment at the rate of 5.5%, based upon an unsatisfied judgment, in the same

FILED: ROCKLAND COUNTY CLERK 10/30/2024 09:00 AM
NYSCEF DOC. NO. 158 RECEIVED NYSCEF: 11/05/2024

amount, issued on February 13, 2023 in favor of Plaintiff and against the Broad Green Defendants in the NJ Superior Court; and

v. awarding Plaintiff the costs and disbursements of this action as taxed by the Clerk;"

**NOW**, upon the motion of Morrison Cohen LLP, counsel for Plaintiff, it is hereby

**ADJUDGED** that Plaintiff TBG Funding LLC, having an address at 661 Central Avenue, Suite 201, Cedarhurst, New York 11516, have judgment and recover against Defendants 245 Springfield LLC, Springfield Renaissance, LLC and Jacob Tauber, having a last known address at 8 Amanda Court, Airmont, New York 10952, jointly and severally, in the principal amount of $3,833,913.48, *plus* interest accruing from May 8, 2023 through December 31, 2023 at the rate of 2.25% per annum and from January 1, 2024 through the entry of judgment at the rate of 5.5% per annum, in the amount of 262,607.72 *plus* costs and disbursements of 126.25 as duly taxed by the Clerk of this Court, for a total judgment of $4,096,647.45 (exclusive of interest accruing after the entry of judgment), and that Plaintiff have execution thereon.

Judgment signed this 30th day of Oct., 2024.

DONNA G. SILBERMAN
ROCKLAND COUNTY CLERK

Donna Silberman

CLERK OF THE COURT

FILED: ROCKLAND COUNTY CLERK 10/30/2024 09:00 AM INDEX NO. 031403/2024
NYSCEF DOC. NO. 158 RECEIVED NYSCEF: 11/05/2024

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND

TBG FUNDING LLC,

Plaintiff,

-against-

245 SPRINGFIELD LLC, SPRINGFIELD RENAISSANCE, LLC, NY AVE LOFTS LLC, NEW WEST 1 LLC, BROAD GREEN LLC and JACOB TAUBER,

Defendants.

Index No.: 031403/2024

**BILL OF COSTS**

**COSTS:**

| | |
|---|---|
| Costs before Note of Issue: | $200.00 |

**DISBURSEMENTS:**

| | |
|---|---|
| Fee for Index Number: | $210.00 |
| Request for Judicial Intervention: | $95.00 |
| | |
| TOTAL COSTS AND DISBURSEMENTS: | $505.00 |

Divided by 4 judgments
$126.25 each

#13361041v1\030693\0001

**ATTORNEY AFFIRMATION**

Y. David Scharf, an attorney duly admitted to practice law in the State of New York, affirms the following under penalty of perjury:

1. I am a member of Morrison Cohen LLP, attorneys for Plaintiff TBG Funding LLC ("**Plaintiff**") in this action.

2. The foregoing costs and disbursements are true and correct to the best of my knowledge and belief, and have been made or will necessarily be made or incurred in this action and are reasonable in amount.

Dated: New York, New York
October 30, 2024

/s/ Y. David Scharf
Y. David Scharf
Heath D. Rosenblat
Alexander R. Yarm
MORRISON COHEN LLP
909 Third Avenue
New York, New York 10022
(212) 735-8600
dscharf@morrisoncohen.com
hrosenblat@morrisoncohen.com
ayarm@morrisoncohen.com

*Attorneys for Plaintiff TBG Funding LLC*

#13361041v1\030693\0001